# IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.   UNKNOWN _____

(To be supplied by the court)

Kelvin Andre Spotts
_____, Plaintiff

v.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Acting Warden C. Carter_____,

**FEB 1 0 2023**

JEFFREY P. COLWELL
CLERK

A.W. Rardin

Warden Lovett

_____,

Facility Supervisor, John/Jane Doe
_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Kelvin Andre Spotts   5404 Lane Place Drive Apt D

(Name, prisoner identification number, and complete mailing address)

(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____    Pretrial detainee
____    Civilly committed detainee
____    Immigration detainee
____    Convicted and sentenced state prisoner
____    Convicted and sentenced federal prisoner
xxxx    Other: *(Please explain)* ___Freeman released November 28th, 2022___

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:    ___Acting Warden C. Carter___
                (Name, job title, and complete mailing address)

                320 First Street N.W. Washington, D.C. 20530

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? xxx Yes ___ No *(check one)*. Briefly explain:

Was operating in Violation of the Eighth Amendment, Cruel & un

usual ¼punishment

Defendant 1 is being sued in his/herxxxxindividual and/or ﬃcial capacity.

Defendant 2:    A.W. Rardin    who is being sued in her individual capacity
(Name, job title, and complete mailing address)

Can be served    through FBOP Central Office 320 First Street NW
Washington, D.C. 20530
At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?    Yes ___ No (*check one*).  Briefly explain:

acting in    his    individual capacity

Defendant 2 is being sued in his/her xxx individual and/or ___ official capacity.

Defendant 3:    A.W. Rardin Can be served    through FBOP Central Office, 320
(Name, job title, and complete mailing address)

First Street, Washington, D.C. 20530

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?    Yes ___ No (*check one*).  Briefly explain:

Acting in ' his    individual capacity

Defendant 3 is being sued in his/her xxx individual and/or ___ official capacity.

## C.    JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

____    42 U.S.C. § 1983 (state, county, and municipal defendants)

xxxxxxx*Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)
(federal defendants)

Other: (*please identify*) _____    _____

3

## D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:    ___Eighth Amendment Amendment Violation_____

Supporting facts:

By me being subjected to extemely cold air Under Bibbs v. Early, 541 F.3d 267 (5th Cir. 2008) and Gaston v. Coughlin, 249 F.3d 156 (2nd Cir.    ) (While prisoners are not entitled to a specific air temperture, you should not be subjected to exteme heat or cold and should be given bedding and clothing appropriate for the temperture. Starting on November 1st 2020, thru February 25th, Unit EB at USP Florence was "Extemely Cold" everytime the temperture dropped outside in Florence Colorado (Due to Hole in Ceiling/Roof), the temperture drops in the Dayroom and in the cells the temperture drops even more (i.e. Cells 209 and 120). Every monday morning listed in above timefram Acting Warden C. Carter, A.W. Rardin, and now Warden Lovett did routine walk arounds since we were on COVID-19 lockdowns. As they individually walked around and past my cell door I am other inmates requested that the heat be turned on in the Unit and in the Cells because the Unit and Cell was extremely Cold due to hole in roof and the dropping tempertures outside inwhich it was forecasted by the local meteorologist (i.e.blizzard and snowstorms) in area. After writing cop outs and verbally requesting that the heat be turned on these FBOP employees neglected to provide us with thermal clothing, extra blankets nor did they turn on the heat as requested.

INJURY RECEIVED

I ended up catching pneumonia which resulted in me having a blood clot form and travel to my Pulmonory artery. See Exhibit (A). On 2/25/21, I was taken to an Outside Hospital I was tested for Covid-19 3 times and each time it came back negative. On March 1st, 2021 Mr. Spotts was released from Hospital and upon his arrival to USP Florence, Medical Staff Bailey tested me again for COVID-19 and Mr. Spotts tested positive. On March 4th, 2021 I was provided with a treatment serum to strengthen my immune system. I was placed at a higher risk of catching COVID-19, for had the staff at USP Florence turned on the heat, turned up the thermostat for the Water so that we could shower in Hot water instead of cold water, provided inmates with extra clothing and blankets or thermal clothing, I would not have ended up with a blood clot which traveled to my pumonary artery.

4

### E.    PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated?  xxx Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form.  If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit.  Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):                   Acting Warden C. Carter

Docket number and court:                   21-cv-00842-RBJ-NYM
                                           U.S.D.C. for the  D.COLORADO Denver Div.

Claims raised:                             Eighth Amendment Violation

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?)   Dismiss without Prejudice

Reasons for dismissal, if dismissed:        Failure to Exhaust

Result on appeal, if appealed:              N/A

### F.    ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions.  See 42 U.S.C. § 1997e(a).  Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

xxx Yes ___ No (*check one*)

Did you exhaust administrative remedies?

xxx Yes ___ No (*check one*)      See Attached Exhibits

## G.     REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

For this Court to fine that Negligence occurred and award 8 Million Dollars and/or demand settlement negotiations in this court's Order

## H.     PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

_____2-9-23_____
(Date)

(Form Revised December 2017)

6

E X H I B I T     A

Tort Claim Filed 5/9/22

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: Federal Bureau of Prisons Central Office 320 First Street N.W. Washington, D.C. 20530 | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. Kelvin Andre Spotts #05613-088 Federal Correctional Institution Memphis P.O. Box 34550 Memphis, Tennessee 38134-0550 |
|---|---|

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☐ CIVILIAN | 4. DATE OF BIRTH 10/22/65 | 5. MARITAL STATUS N/A | 6. DATE AND DAY OF ACCIDENT Feb 25th, 2021 | 7. TIME (A.M. OR P.M.) N/A |
|---|---|---|---|---|

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Starting on Nov 1st, 2020, thru February 25th, 2021, Unit Eb at USP Florence was "extremely cold" Everytime the temperture dropped outside in Florence Colorado, the temperture drops in the day room and in the cells the temperture drops even more (i.e. Cells 209 and 120). Every Monday Acting Warden C. Carter, A.W. Rardin and now Warden Lovett do routine walk arounds since we are on Covid-19 lockdowns. As they individually walked past my door I an other inmates requested that the heat be turned on in the Unit because the cells were "extremely cold" due to the dropping tempertures outside which was forecasted by the local meteorologist (i.s. blizzard snow storms" After writing cop-outs, and verbally requesting that the heat be turned on the employees and other *See Attached Sheet*

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

N/A

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

N/A

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Negligence
See Basis of Claim and attachment

**11. WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Medical Staff at FCI See Exhibit A thru ___ | : |

**12.** (See instructions on reverse).

**AMOUNT OF CLAIM** (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| -0- | 8 million | n/a | 8 Million |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). *[signature]* | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE 5/9/22 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |
|---|---|

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

staff here did not provide thermal clothing, extra blankets nor did they turn on the heat.  For it has been times when the temperature has been below 20 degrees outside at night.

## INJURY RECEIVED

I eneded up catching pneumonia which resulted in a blood clot in my Pulmonory artery.  See Exhibit (A) On 2/25/21, I was taken to an outside hospital prior to being taken to the outside hospital I had been tested for Covid-19 3 times and each time it came back negative.  On March 1st, 2021 I was released from Hospital and upon my arrival to USP Florence Medical Staff Bailey tested me again for Covid-19 and I tested positive. On Thursday March 4th, 2021 I was provided with a treatment serum to strengthen my immune system.  I was placed at a higher risk of catching Covid-19, for had the staff at USP Florence turned on the heat, provided extra clothing and blankets of thermal clothing I would not have caught pneumonia and I would have not ended up with a  blood clot formed in my pulmonary artery.  For I was already a high risk for covid because of my 'high blood pressure' and chronic kidney problems..

## RELIEF REQUESTED

For you to find NEGLIGENCE and award me 8 million dollars for damages

E X H I B I T   B

Administrative Claim for Damages
Dated 6/2/22



**U.S. Department of Justice**

Federal Bureau of Prisons

*North Central Regional Office*

---

*Office of the Regional Counsel*

*400 State Avenue*
*Tower II, Suite 800*
*Kansas City, KS 66101*

06-02-2022

KELVIN SPOTTS, #05613-088
FCI MEMPHIS
P.O. BOX 34550
MEMPHIS, TN 38184

        Re: Administrative Claim for Damages
        Claim #:    TRT-NCR-2022-04829      $8,000,000.00

Dear Claimant:

        This is to notify you of our receipt of your administrative claim for damages under provisions of the <u>Federal Tort Claims Act, Title 28 USC §1346(b), 2671 et. seq.</u>, alleging liability of the United States Government.

        Your claim was received on 05-19-2022. The above referenced Act provides that the agency has 6 months to make an administrative determination on your claim from the date such claim was received by the appropriate agency. Accordingly, in the matter of the above referenced claim, the government's response is not due until 11-18-2022.

        Regulations that may be pertinent to your claim may be found at Title 28 C.F.R. Part 14 et.seq., and §543.30.

                    Sincerely,
                    Mary A. Noland
                    Regional Counsel

EXHIBIT G

TORT Claim TRT-NCR-2022-04829
October 18th, 2022



**U.S. Department of Justice**

Federal Bureau of Prisons

*North Central Regional Office*

---

*Office of the Regional Counsel*

*400 State Avenue*
*Tower II, Suite 800*
*Kansas City, KS  66101*

October 18, 2022

Kelvin Spotts, #05613-088
FCI Memphis
P.O. BOX 34550
Memphis, TN  38184

RE:  Tort Claim TRT-NCR-2022-04829
      Amount of Claim: $8,000,000.00

      Certified Mail Receipt No:    7020 0640 0001 3405 5643

Dear Claimant:

Your above referenced tort claim has been considered for administrative review
pursuant to 28 C.F.R. § 0.172, <u>Authority: Federal Tort Claims</u> and 28 C.F.R. Part 14,
<u>Administrative Claims under Federal Tort Claims Act</u>.  Investigation of your claim did not
reveal that you suffered any personal injury as a result of the negligent acts or
omissions of Bureau of Prisons employees acting within the scope of their employment.

As a result of this investigation, your claim is denied.  This memorandum serves as a
notification of final denial under 28 C.F.R. § 14.9, <u>Final Denial of Claim</u>. If you are
dissatisfied with our agency's action, you may file suit in an appropriate U.S. District
Court no later than 6 months after the date of mailing of this notification.

Sincerely,

Mary A. Noland
Regional Counsel

E X H I B I T   D


BP-9 & Rejection Notice

REJECTION NOTICE - ADMINISTRATIVE REMEDY


DATE: JULY 22, 2022



FROM: ADMINISTRATIVE REMEDY COORDINATOR
      MEMPHIS FCI

TO    KELVIN ANDRE SPOTTS   05613-088
      MEMPHIS FCI    UNT: BEALE   QTR: B03-321U
      1101 JOHN A DENIE ROAD
      MEMPHIS,  TN 38134



FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID         : 1127586-F1      ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED     : JULY 22, 2022
SUBJECT 1         : REQUESTS FOR MONETARY COMPENSATION
SUBJECT 2         : OTHER OPERATIONS
INCIDENT RPT NO:

REJECT REASON 1: YOUR REQUEST IS UNTIMELY.  INSTITUTION AND CCC REQUESTS
                 (BP-09) MUST BE RECEIVED W/20 DAYS OF THE EVENT COMPLAINED
                 ABOUT.

REJECT REASON 2: SEE REMARKS.

REMARKS         : REQUEST FOR MONETARY COMPENSATION MUST BE COMPLETED
                  THROUGH THE TORT CLAIM PROCESS.

**U.S. DEPARTMENT OF JUSTICE**

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Spotts          Andre                    05613-088          Beale-B          FCI-MEMphis
LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

**Part A- INMATE REQUEST** SENSITIVE BP-9 From Florence USP / OK Emergency

Starting on Nov. 1st, 2020, thru February 25th, 2021, Unit EB at USP Florence was "extremely cold" everytime the temperature dropped outside in Florence Colorado, the Temperature drops in the day room and in the cells the temperature drops even more in the cells (i.s. Cell 120 and 209). Every Monday Acting Wardin C. Carter, A.W. Rardin and now Warden Lovett do routine walk arounds since we are on COVID-19 Lockdowns. As they individually walked past my door I and other inmates requested that heat be turned on in the UNIT because the cells were "extremely cold" due to the dropping of the temperature outside which was forecasted by the local meteorologist (I.e. Blizzard, snow storms). After writing cop-outs, and verbally requesting that the heat be turned on the employee's and others staff here did not provide thermal clothing, extra blankets not did they turn on the heat. For it has been time when the temperature has been below 20 degrees outside at night. RELIEF REQUESTED: I ended INJURY RECEIVED. See attached page.

6-7-22
DATE          SIGNATURE OF REQUESTER

**Part B- RESPONSE**



DATE          WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE          CASE NUMBER: 1127586-F1

CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

DATE          RECIPIENT'S SIGNATURE (STAFF MEMBER)

 PRINTED ON RECYCLED PAPER

USP LVN          BP-229(13)
APRIL 1982

staff here did not provide thermal clothing, extra blankets nor did they turn on the heat. For it has been times when the temperature has been below 20 degrees outside at night.

## INJURY RECEIVED

I ended up catching pneumonia which resulted in a blood clot in my Pulmonary artery. See Exhibit (A) On 2/25/21, I was taken to an outside hospital prior to being taken to the outside hospital I had been tested for Covid-19 3 times and each time it came back negative. On March 1st, 2021 I was released from Hospital and upon my arrival to USP Florence Medical Staff Bailey tested me again for Covid-19 and I tested positive. On Thursday March 4th, 2021 I was provided with a treatment serum to strengthen my immune system. I was placed at a higher risk of catching Covid-19, for had the staff at USP Florence turned on the heat, provided extra clothing and blankets of thermal clothing I would not have caught pneumonia and Iwould have not ended up with a blood clot formed in my pulmonary artery. For I was already a high risk for covid because of my 'high blood pressure' and chronic kidney problems..

## RELIEF REQUESTED

For you to find NEGLIGENCE and award me 8 million dollars for damages

6/7/22

staff here did not provide thermal clothing, extra blankets nor did they turn on the heat. For it has been times when the temperature has been below 20 degrees outside at night.

## INJURY RECEIVED

I ended up catching pneumonia which resulted in a blood clot in my Pulmonary artery. See Exhibit (A) On 2/25/21, I was taken to an outside hospital prior to being taken to the outside hospital I had been tested for Covid-19 3 times and each time it came back negative. On March 1st, 2021 I was released from Hospital and upon my arrival to USP Florence Medical Staff Bailey tested me again for Covid-19 and I tested positive. On Thursday March 4th, 2021 I was provided with a treatment serum to strengthen my immune system. I was placed at a higher risk of catching Covid-19, for had the staff at USP Florence turned on the heat, provided extra clothing and blankets of thermal clothing I would not have caught pneumonia and Iwould have not ended up with a  blood clot formed in my pulmonary artery. For I was already a high risk for covid because of my "high blood pressure' and chronic kidney problems..

## RELIEF REQUESTED

For you to find NEGLIGENCE and award me 8 million dollars for damages

6/7/22

staff here did not provide thermal clothing, extra blankets nor did they turn on the heat. For it has been times when the temperature has been below 20 degrees outside at night.

## INJURY RECEIVED

I ended up catching pneumonia which resulted in a blood clot in my Pulmonory artery. See Exhibit (A) On 2/25/21, I was taken to an outside hospital prior to being taken to the outside hospital I had been tested for Covid-19 3 times and each time it came back negative. On March 1st, 2021 I was released from Hospital and upon my arrival to USP Florence Medical Staff Bailey tested me again for Covid-19 and I tested positive. On Thursday March 4th, 2021 I was provided with a treatment serum to strengthen my immune system. I was placed at a higher risk of catching Covid-19, for had the staff at USP Florence turned on the heat, provided extra clothing and blankets of thermal clothing I would not have caught pneumonia and I would have not ended up with a blood clot formed in my pulmonary artery. For I was already a high risk for covid because of my 'high blood pressure' and chronic kidney problems..

## RELIEF REQUESTED

For you to find NEGLIGENCE and award me 8 million dollars for damages

6/7/22

staff here did not provide thermal clothing, extra blankets nor did they turn on the heat. For it has been times when the temperature has been below 20 degrees outside at night.

## INJURY RECEIVED

I ended up catching pneumonia which resulted in a blood clot in my Pulmonory artery. See Exhibit (A) On 2/25/21, I was taken to an outside hospital prior to being taken to the outside hospital I had been tested for Covid-19 3 times and each time it came back negative. On March 1st, 2021 I was released from Hospital and upon my arrival to USP Florence Medical Staff Bailey tested me again for Covid-19 and I tested positive. On Thursday March 4th, 2021 I was provided with a treatment serum to strengthen my immune system. I was placed at a higher risk of catching Covid-19, for had the staff at USP Florence turned on the heat, provided extra clothing and blankets of thermal clothing I would not have caught pneumonia and Iwould have not ended up with a blood clot formed in my pulmonary artery. For I was already a high risk for covid because of my "high blood pressure' and chronic kidney problems..

## RELIEF REQUESTED

For you to find NEGLIGENCE and award me 8 million dollars for damages

6/7/22

E X H I B I T   E

BP-10   Rejection Notice July 7th 2022

REJECTION NOTICE - ADMINISTRATIVE REMEDY


DATE: JULY 7, 2022



FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTH CENTRAL REGIONAL OFFICE

TO  : KELVIN ANDRE SPOTTS, 05613-088
      MEMPHIS FCI    UNT: BEALE    QTR: B03-321U
      1101 JOHN A DENIE ROAD
      MEMPHIS,  TN 38134



FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 1125904-R1      REGIONAL APPEAL
DATE RECEIVED  : JUNE 16, 2022
SUBJECT 1      : HOUSING ASSIGNMENT (EXCEPT SPECIAL HOUSING UNITS)
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: THE ISSUE YOU RAISED IS NOT SENSITIVE. HOWEVER,
                 WE RETAINED YOUR REQUEST/APPEAL ACCORDING TO
                 POLICY.  YOU SHOULD FILE A REQUEST OR APPEAL AT
                 THE APPROPRIATE LEVEL VIA REGULAR PROCEDURES.

REJECT REASON 2: YOU DID NOT ATTEMPT INFORMAL RESOLUTION PRIOR TO SUBMISSION
                 OF ADMINISTRATIVE REMEDY, OR YOU DID NOT PROVIDE THE
                 NECESSARY EVIDENCE OF YOUR ATTEMPT AT INFORMAL RESOLUTION.

REJECT REASON 3: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.

REJECT REASON 4: YOU DID NOT PROVIDE A COPY OF YOUR  ·INSTITUTION
                 ADMINISTRATIVE REMEDY REQUEST (BP-9) FORM OR  A COPY
                 OF THE (BP-09) RESPONSE FROM THE WARDEN.

REJECT REASON 5: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 10 DAYS OF THE DATE OF THIS REJECTION NOTICE.

E X H I B I T   F


Rejection Notice BP-11 With BP-11 Complaint
July 11th, 2022

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JULY 11, 2022

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO    KELVIN ANDRE SPOTTS 05613-088
      MEMPHIS FCI    UNT: BEALE    QTR: B03-321U
      1101 JOHN A DENIE ROAD
      MEMPHIS,  TN 38134

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID         : 1112590-A1      CENTRAL OFFICE APPEAL
DATE RECEIVED     : JUNE 30, 2022
SUBJECT 1         : HOUSING ASSIGNMENT (EXCEPT SPECIAL HOUSING UNITS)
SUBJECT 2         : REQUESTS FOR MONETARY COMPENSATION
INCIDENT RPT NO:

REJECT REASON 1: CONCUR WITH RATIONALE OF REGIONAL OFFICE AND/OR INSTITUTION
                 FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
                 NOTICES.

REJECT REASON 2: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.

MEM Warden - Federal Prison
Received:
Date   8/3/22
Initials

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen   If attachments are needed, submit four copies.  One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal

From: Spotts        Kelvin        Andre              05613-088        Beale-B        FCI MEMPHIS
        LAST NAME, FIRST, MIDDLE INITIAL              REG. NO.              UNIT              INSTITUTION

**Part A - REASON FOR APPEAL**        EMERGENCY BP-11 /EMERGENCY BP-11

Starting on November 1st, 2020, thru February 25th, 2021, Unit EB at USP Florence was "extremely cold" everytime the temperature dropped outside in Florence Colorado, the Temperature drops in the day room and in the cells the temperature drops way more in the cells (i.e. Cell 120 and 209). Everytime Acting Warden C. Carter, A.W. Rardin and now Warden Lovett do routine walk arounds since we are on COVID-19 lockdowns. As they individually walked past my door I am other inmates requested that the heat be turned on in the Unit because the cells were "extremely cold" due to the dropping of the temperature outside which was foreclosed by the local meteorologist (i.e. Blizzard, Snow Storms). After writing, cop-outs and verbally requesting that the heat be turned on the employee's and other staff here did not provide thermal clothing, extra blankets nor did they turn on the heat. For it has been times when the temperature has been below 20 degrees outside at night. INJURY RECEIVED AND RELIEF REQUESTED. (SEE ATTACHED PAGE).

6/7/22
_____
DATE

_____
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED

JUN 3 0 2022

Administrative Remedy Section
Federal Bureau of Prisons

_____            _____
DATE                      GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE        CASE NUMBER: 1125904H

**Part C - RECEIPT**
                                  CASE NUMBER: _____

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL              REG. NO.              UNIT              INSTITUTION
SUBJECT: _____

_____            _____
DATE                      SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN                  PRINTED ON RECYCLED PAPER

BP-231(13)
JUNE 2002

staff here did not provide thermal clothing, extra blankets nor did they turn on the heat. For it has been times when the temperature has been below 20 degrees outside at night.

## INJURY RECEIVED

I ended up catching pneumonia which resulted in a blood clot in my Pulmonary artery. See Exhibit (A) On 2/25/21, I was taken to an outside hospital prior to being taken to the outside hospital I had been tested for Covid-19 3 times and each time it came back negative. On March 1st, 2021 I was released from Hospital and upon my arrival to USP Florence Medical Staff Bailey tested me again for Covid-19 and I tested positive. On Thursday March 4th, 2021 I was provided with a treatment serum to strengthen my immune system. I was placed at a higher risk of catching Covid-19, for had the staff at USP Florence turned on the heat, provided extra clothing and blankets of thermal clothing I would not have caught pneumonia and Iwould have not ended up with a blood clot formed in my pulmonary artery. For I was already a high risk for covid because of my "high blood pressure' and chronic kidney problems..

## RELIEF REQUESTED

For you to find NEGLIGENCE and award me 8 million dollars for damages

6/7/22

staff here did not provide thermal clothing, extra blankets nor did they turn on the heat. For it has been times when the temperature has been below 20 degrees outside at night.

## INJURY RECEIVED

I ended up catching pneumonia which resulted in a blood clot in my Pulmonory artery. See Exhibit (A) On 2/25/21, I was taken to an outside hospital prior to being taken to the outside hospital I had been tested for Covid-19 3 times and each time it came back negative. On March 1st, 2021 I was released from Hospital and upon my arrival to USP Florence Medical Staff Bailey tested me again for Covid-19 and I tested positive. On Thursday March 4th, 2021 I was provided with a treatment serum to strengthen my immune system. I was placed at a higher risk of catching Covid-19, for had the staff at USP Florence turned on the heat, provided extra clothing and blankets of thermal clothing I would not have caught pneumonia and Iwould have not ended up with a blood clot formed in my pulmonary artery. For I was already a high risk for covid because of my 'high blood pressure' and chronic kidney problems..

## RELIEF REQUESTED

For you to find NEGLIGENCE and award me 8 million dollars for damages

6/7/22

staff here did not provide thermal clothing, extra blankets nor did they turn on the heat.  For it has been times when the temperature has been below 20 degrees outside at night.

## INJURY RECEIVED

I ended up catching pneumonia which resulted in a blood clot in my Pulmonory artery.  See Exhibit (A) On 2/25/21, I was taken to an outside hospital prior to being taken to the outside hospital I had been tested for Covid-19 3 times and each time it came back negative.  On March 1st, 2021 I was released from Hospital and upon my arrival to USP Florence Medical Staff Bailey tested me again for Covid-19 and I tested positive. On Thursday March 4th, 2021 I was provided with a treatment serum to strengthen my immune system.  I was placed at a higher risk of catching Covid-19, for had the staff at USP Florence turned on the heat, provided extra clothing and blankets of thermal clothing I would not have caught pneumonia and I would have not ended up with a .blood clot formed in my pulmonary artery.  For I was already a high risk for covid because of my 'high blood pressure' and chronic kidney problems..

## RELIEF REQUESTED

For you to find NEGLIGENCE and award me 8 million dollars for damages

6/7/22

staff here did not provide thermal clothing, extra blankets nor did they turn on the heat. For it has been times when the temperature has been below 20 degrees outside at night.

## INJURY RECEIVED

I ended up catching pneumonia which resulted in a blood clot in my Pulmonory artery. See Exhibit (A) On 2/25/21, I was taken to an outside hospital prior to being taken to the outside hospital I had been tested for Covid-19 3 times and each time it came back negative. On March 1st, 2021 I was released from Hospital and upon my arrival to USP Florence Medical Staff Bailey tested me again for Covid-19 and I tested positive. On Thursday March 4th, 2021 I was provided with a treatment serum to strengthen my immune system. I was placed at a higher risk of catching Covid-19, for had the staff at USP Florence turned on the heat, provided extra clothing and blankets of thermal clothing I would not have caught pneumonia and I would have not ended up with a blood clot formed in my pulmonary artery. For I was already a high risk for covid because of my 'high blood pressure' and chronic kidney problems..

## RELIEF REQUESTED

For you to find NEGLIGENCE and award me 8 million dollars for damages

6/7/22

E X H I B I T  G

Affidavit signed 4/5/21 By Kelvin Spotts

AFFIDAVIT IN SUPPORT

I Kelvin Andre Spotts, swear under the penalty of perjury that I am competent to make this Affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

That from 11/1/20, thru 2/25/21, when staff do their "walk around" on every monday morning due to COVID-19 lockdowns.

That I personally asked the defendant's to turn on the heater, because the cells (i.e. 209 and 120) were freezing cold and that a "blizzard" and "snow storm" was coming.

That due to living in "extremely cold" cells for an extended period of time. On February 25th, 2021, I fell out and my cellmate had to tell the officer that I needed emergency medical attention .

That medical was called RN McCullough and RN McKammrad responded and conducted an EKG.

That Medical examiner _____, showed up and requested that I be taken to medical.

That once at medical it was determined that I had a blood clot in my pulmonary artery and that I needed to be taken to the outside hospital asap.

That once at the outside hospital after blood test, cat scan (MRI) and other test unknown, it was determined that I had pneumonia and a blood clot in pulmonary artery and lungs.

That I had to stay and be given blood clot modication placed on oxygen, and given antibotic, and also other fluids.

That I was released Monday 3/1/21 and returned back to USP Florence.

That once returned to USP Florence, I was tested for COVID-19 and I teste positive and was placed in quarantine.

That I was treated on 3/4/21 by given a liquid "Immune System" instead of vaccination to COVID-19.

That I was then placed in quarantine Unit BB for recovery of my lungs where blood clot existed.

That I was released from "recovery/quarantine Unit" (i.e. Unit BB) and returned back to "General Population" (i.e. Cell 209 Unit EB) on 3/12/21.

That on 3/15/21, USP Florence Staff did it's Monday "walk around" in which I spoke with United Manager Dubois and Case Manager Baca and I asked for an grievance Form (i.e. BP 8, 9, 10, & 11).

That they both asked me the date of my incident and I said from 11/1/20, thru 2/25/21, and they both told me that they could not give me any grievance forms because it has exceeded 20 days from the date the incident occurred.

That on March 18, 2021, I filed a 42 U.S.C. 1983/ Biven lawsuit in the U.S.D.C. for the D. Colorado.

I Kelvin Andre Spotts swear under the penalty of perjury that the above facts are true and correct.

Executed On: 4/5/21                          /s/ _____

E X H I B I T   H

AFFADAVITS from Mr Marc Anthony Hill signed 4/5/21

AFFIDAVIT IN SUPPORT

I Marc Anthony Hill, swear under the penalty of perjury that I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge.

That on 2/25/21, I had to ask Officer's to check on my cell mate Kelvin Andre Spotts, because he had passed out on me several times while in conversation and his breathing did not sound right to me.

That Counselor _____, was delivering the legal mail to my cell mate Kelvin Andre Spotts, and he got on his walkie talkie and called for medical attention that came right away and pulled my cell mate out of the cell and took him to the medical room downstairs in Unit EB.

That later that week I learned that my Cell mate Kelvin Andre Spotts had been taken to an outside hospital.

I Mark Anthony Hill hereby, swear that the above facts are true and correct based on my personal knowledge.

Executed On: 4/5/21                                          /s/ _Marc Anthony Hill_____
                                                                          Marc Anthony Hill

E X H I B I T   I

Affidavit from Inmates

1 Mr. Hill   #18512-479

2 Mr. Hernadez #57319-080

3 Mr. Alozo #61667-080

4 Mr. Torrez #12385-041

5 Mr. Finton #17031-026

6 Mr. Barnes

7 Mr. Robert Hill 28028-045

8 Mr Solis #1878-479

9 Mr. Quiah #90728-054

10 Mr. Baptiste #83407-004

11 Mr. Lawson #31919-045

12 Mr. Grissett #25101-171

AFFIDAVIT IN SUPPORT

_M.ARC Anthony Hill  #18512-479_ swear under the penalty of perjury that I am competant to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

That from November 1st, 2020, until February 25th, 2021, after several verbal request from inmates in Unit EB and

including from myself, that the Unit dayroom was cold and the cell we colder. We requested that the heat be turned on, and/or for bedding or clothing due to the Blizzard and/or snowstorms that were being forcasted by the local weather man. Acting Warden C. Carter, A.W. Rardin, and also Warden Lovett refused to turn on the Heat and/or turn up the temperature,

refused to provide blankets, and/or thermal clothing.

Executed On: April, _18_, 2021          /s/_Marc Anthony Hill_

**(2)**

AFFIDAVIT IN SUPPORT

I __RoberTo A. HERNANDEZ__ #57319-080 , swear under the penalty of perjury that I am competant to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

That from November 1st, 2020, until February 25th, 2021, after several verbal request from inmates in Unit EB and

including from myself, that the Unit dayroom was cold and the cell we colder. We requested that the heat be turned on, and/or for bedding or clothing due to the Blizzard and/or snowstorms that were being forcasted by the local weather man. Acting Warden C. Carter, A.W. Rardin, and also Warden Lovett refused to turn on the Heat and/or turn up the temperature,

refused to provide blankets, and/or thermal clothing.

Executed On: April, _____, 2021                    /s/ __Robert A Hernandez__

(3)

----------------------------------------------------------------------

AFFIDAVIT IN SUPPORT

I Rodolfo Alonzo #61667-080, swear under the penalty of perjury that I am competant to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

That from November 1st, 2020, until February 25th, 2021, after several verbal request from inmates in Unit EB and

including from myself, that the Unit dayroom was cold and the cell we colder. We requested that the heat be turned on, and/or for bedding or clothing due to the Blizzard and/or snowstorms that were being forcasted by the local weather man. Acting Warden C. Carter, A.W. Rardin, and also Warden Lovett refused to turn on the Heat and/or turn up the temperature,

refused to provide blankets, and/or thermal clothing.

Executed On: April, 18 , 2021            /s/ Rodolfo Alonzo

(Y)

---

AFFIDAVIT IN SUPPORT

I Modesto Torrez # 12385-041_____, swear under the penalty of perjury that I am competant to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

That from November 1st, 2020, until February 25th, 2021, after several verbal request from inmates in Unit EB and

including from myself, that the Unit dayroom was cold and the cell we colder. We requested that the heat be turned on, and/or for bedding or clothing due to the Blizzard and/or snowstorms that were being forcasted by the local weather man. Acting Warden C. Carter, A.W. Rardin, and also Warden Lovett refused to turn on the Heat and/or turn up the temperature,

refused to provide blankets, and/or thermal clothing.

Executed On: April, 18th, 2021                    /s/ Modesto Torrez

5

-------------------------------------------------------------------------------------------

AFFIDAVIT IN SUPPORT

I ___Michael Finton 17031-026___, swear under the penalty of perjury that I am competant to make this affidavit.  The facts stated in this affidavit are within my personal knowledge and are true and correct.

That from November 1st, 2020, until February 25th, 2021, after several verbal request from inmates in Unit EB and

including from myself, that the Unit dayroom was cold and the cell we colder.  We requested that the heat be turned on, and/or for bedding or clothing due to the Blizzard and/or snowstorms that were being forcasted by the local weather man. Acting Warden C. Carter, A.W. Rardin, and also Warden Lovett refused to turn on the Heat and/or turn up the temperature,

refused to provide blankets, and/or thermal clothing.

Executed On: April, _____, 2021

/s/_____

(6)

-------------------------------------------------------------------------------

AFFIDAVIT IN SUPPORT

I _Jeffery L. Barnes_____, swear under the penalty of perjury that I am competant to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

That from November 1st, 2020, until February 25th, 2021, after several verbal request from inmates in Unit EB and

including from myself, that the Unit dayroom was cold and the cell we colder.  We requested that the heat be turned on, and/or for bedding or clothing due to the Blizzard and/or snowstorms that were being forcasted by the local weather man. Acting Warden C. Carter, A.W. Rardin, and also Warden Lovett refused to turn on the Heat and/or turn up the temperature,

refused to provide blankets, and/or thermal clothing.

Executed On: April, _16_, 2021                    /s/ _Jeffery L. Barnes_

(7)

----------------------------------------------------------------------------------------------------

AFFIDAVIT IN SUPPORT

I _Robert Hill 280 28-045_ , swear under the penalty of perjury that I am competant to make this affidavit.  The facts stated in this affidavit are within my personal knowledge and are true and correct.

That from November 1st, 2020, until February 25th, 2021, after several verbal request from inmates in Unit EB and

including from myself, that the Unit dayroom was cold and the cell we colder.  We requested that the heat be turned on, and/or for bedding or clothing due to the Blizzard and/or snowstorms that were being forcasted by the local weather man. Acting Warden C. Carter, A.W. Rardin, and also Warden Lovett refused to turn on the Heat and/or turn up the temperature,

refused to provide blankets, and/or thermal clothing.

Executed On: April, _18_ , 2021                    /s/ _Robert Hill_

(8)

-------------------------------------------------------------------------------

AFFIDAVIT IN SUPPORT

I___Baldemar Solis #1878479___swear under the penalty of perjury that I am competant to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

That from November 1st, 2020, until February 25th, 2021, after several verbal request from inmates in Unit EB and

including from myself, that the Unit dayroom was cold and the cell we colder. We requested that the heat be turned on, and/or for bedding or clothing due to the Blizzard and/or snowstorms that were being forcasted by the local weather man. Acting Warden C. Carter, A.W. Rardin, and also Warden Lovett refused to turn on the Heat and/or turn up the temperature,

refused to provide blankets, and/or thermal clothing.

Executed On: April, 18 , 2021                    /s/___Baldemar Solis___

-----------------------------------------------------------------------------------------

AFFIDAVIT IN SUPPORT

I Wade Quish 90728-054, swear under the penalty of perjury that I am competant to make this
affidavit.  The facts stated in this affidavit are within my personal knowledge and are true and correct.

That from November 1st, 2020, until February 25th, 2021, after several verbal request from inmates in Unit EB and

including from myself, that the Unit dayroom was cold and the cell we colder.  We requested that the heat be turned on,
and/or for bedding or clothing due to the Blizzard and/or snowstorms that were being forcasted by the local weather man.
Acting Warden C. Carter, A.W. Rardin, and also Warden Lovett refused to turn on the Heat and/or turn up the temperature,

refused to provide blankets, and/or thermal clothing.

Executed On: April, 18, 2021                              /s/ Wade Quish

(10)

--------------------------------------------------------------------------------

AFFIDAVIT IN SUPPORT

I __Yonel Baptiste # 83407-004__ , swear under the penalty of perjury that I am competant to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

That from November 1st, 2020, until February 25th, 2021, after several verbal request from inmates in Unit EB and

including from myself, that the Unit dayroom was cold and the cell we colder. We requested that the heat be turned on, and/or for bedding or clothing due to the Blizzard and/or snowstorms that were being forcasted by the local weather man. Acting Warden C. Carter, A.W. Rardin, and also Warden Lovett refused to turn on the Heat and/or turn up the temperature,

refused to provide blankets, and/or thermal clothing.

Executed On: April, __16th__, 2021            /s/ __Yonel B.__

(11)

--------------------------------------------------------------------------------

AFFIDAVIT IN SUPPORT

31919-045

I Russell S. LAWSON_____, swear under the penalty of perjury that I am competant to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

That from November 1st, 2020, until February 25th, 2021, after several verbal request from inmates in Unit EB and

including from myself, that the Unit dayroom was cold and the cell we colder. We requested that the heat be turned on, and/or for bedding or clothing due to the Blizzard and/or snowstorms that were being forcasted by the local weather man. Acting Warden C. Carter, A.W. Rardin, and also Warden Lovett refused to turn on the Heat and/or turn up the temperature,

refused to provide blankets, and/or thermal clothing.

Executed On: April, _____, 2021

/s/ _____

(1-2)

----------------------------------------------------------------------------------------------------

AFFIDAVIT IN SUPPORT

I Izell Grissett 2516471_____, swear under the penalty of perjury that I am competant to make this
affidavit.  The facts stated in this affidavit are within my personal knowledge and are true and correct.

That from November 1st, 2020, until February 25th, 2021, after several verbal request from inmates in Unit EB and

including from myself, that the Unit dayroom was cold and the cell we colder.  We requested that the heat be turned on,
and/or for bedding or clothing due to the Blizzard and/or snowstorms that were being forcasted by the local weather man.
Acting Warden C. Carter, A.W. Rardin, and also Warden Lovett refused to turn on the Heat and/or turn up the temperature,

refused to provide blankets, and/or thermal clothing.

Executed On: April, _____, 2021                                     /s/ Izell Grissett

E X H I B I T   J

MEDICAL RECORD 81 Pages

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: SPOTTS, KELVIN ANDRE | | Reg #: 05613-088 |
| Date of Birth: 10/22/1965 | Sex: M   Race: BLACK | Facility: FLP |
| Encounter Date: 03/07/2021 11:40 | Provider: McGaugh, John DO | Unit: B06 |

Physician - Follow up Visit encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT 1          Provider: McGaugh, John DO

Chief Complaint:   INFECTIOUS DISEASE

Subjective:    IM states today he feels better and that he continues to improve. He is ambulating,
eating/drinking, and denies any significant pain in chest/lungs. He is not coughing. He has not
worn supplemental for past 24 hours.

PLAN: IM recovering well. Today we were able to remove oxygen altogether. He is able to
saturate at 92% reliably on room air. He has completed steroids.
-continue Eliquis BID for recent PE
-continue to ambulate in cell often
-continue to use incentive spirometer
-Follow up eval by physician within 1 week

Pain:          No

**OBJECTIVE:**

Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/07/2021 | 11:39 FLX | 89 | | | McGaugh, John DO |

SaO2:

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 03/07/2021 | 11:39 FLX | 92 | Room Air | McGaugh, John DO |

**ROS Comments**

Reviewed for the presence or absence of allergies, sensitivities, and
other reactions to drugs, materials, food, and environmental factors. Patient denies any additional allergies/sensitivities
at this time.

GEN: denies fevers, night sweats, chills and wt loss
CV: Denies CP, palpitations, syncope
PUL: Denies SOA, trouble breathing, excess sputum, wheezing
GI: denies ab pain, changes in bowel
GU denies problems with urination
Skin: denies rash, concerning skin changes

**Exam Comments**

Mr. SPOTTS (05613-088) is a 55 year old BLACK male.

GEN: Well nourished, clean, appropriate behavior and interaction
HEAD: No signs of trauma.
EYES: EOMI and PERL B/L, no discoloration/erythema, no exophthalmos or abnormal discharge.
Peripheral exam: no edema noted in the extremities
GAIT: normal without limp or signs of pain

**ASSESSMENT:**

Pneumonia due to coronavirus disease 2019, J1282 - Resolved

| | | | | |
|---|---|---|---|---|
| Inmate Name: SPOTTS, KELVIN ANDRE | | | Reg #: 05613-088 | |
| Date of Birth: 10/22/1965 | Sex: M Race: BLACK | | Facility: FLP | |
| Encounter Date: 03/07/2021 11:40 | Provider: McGaugh, John DO | | Unit: B06 | |

**PLAN:**

**Disposition:**
Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/07/2021 | Counseling | Diagnosis | McGaugh, John | Verbalizes Understanding |

**Copay Required:** No     **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by McGaugh, John DO on 03/07/2021 11:43

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: SPOTTS, KELVIN ANDRE | | | Reg #: 05613-088 |
| Date of Birth: 10/22/1965 | Sex: M Race: BLACK | | Facility: FLP |
| Encounter Date: 03/06/2021 12:11 | Provider: McGaugh, John DO | | Unit: B06 |

Physician - Follow up Visit encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT  **1**         Provider:  McGaugh, John DO

Chief Complaint:  INFECTIOUS DISEASE

Subjective:    Covid-19 pneumonia - improving

IM states today he feels better and that he continues to improve. He is ambulating, eating/drinking, and denies any significant pain in chest/lungs. He is not coughing. He has worn supplemental O2 daily until we asked hoim to remove it this morning. He was at 98@ on 2L. We waited about 20 minutes with his O2 off and his sat was consistently 91% on room air with good pleth. IM continues to take Eliquis for a PE he recently acquired while in hospital. He also will complete cefdinir today for same problem.

PLAN: IM recovering well. Today we were able to remove oxygen and he is able to saturate at 91% reliably on room air. I advised we leave O2 concentrator in his cell tonight in the event he becomes SOA or his sats are lower this evening. He has completed steroids.
-continue to provide O2 concentrator in cell and allow IM to titrate as needed. Likely will only need 1-2L if any.
-complete cefdinir today for ppx against infection in setting of recent PE
-continue Eliquis BID for recent PE
-continue to ambulate in cell often
-continue to use incentive spirometer
-Follow up eval by physician tomorrow

Pain:        No

---

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/06/2021 | 12:12 FLX | 83 | | | McGaugh, John DO |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 03/06/2021 | 12:12 FLX | 91 | Room Air | McGaugh, John DO |

**ROS Comments**

Reviewed for the presence or absence of allergies, sensitivities, and
other reactions to drugs, materials, food, and environmental factors. Patient denies any additional allergies/sensitivities at this time.

GEN: denies fevers, night sweats, chills and wt loss
CV: Denies CP, palpitations, syncope
PUL: Denies SOA, trouble breathing, excess sputum, wheezing
GI: denies ab pain, changes in bowel
GU denies problems with urination
Skin: denies rash, concerning skin changes

**Exam Comments**

Mr. SPOTTS (05613-088) is a 55 year old BLACK male.

| | | | | |
|---|---|---|---|---|
| Inmate Name: SPOTTS, KELVIN ANDRE | | | Reg #: | 05613-088 |
| Date of Birth: 10/22/1965 | Sex: M Race: BLACK | | Facility: | FLP |
| Encounter Date: 03/06/2021 12:11 | Provider: McGaugh, John DO | | Unit: | B06 |

GEN: Well nourished, clean, appropriate behavior and interaction
HEAD: No signs of trauma.
EYES: EOMI and PERL B/L, no discoloration/erythema, no exophthalmos or abnormal discharge.
Peripheral exam: no edema noted in the extremities
GAIT: normal without limp or signs of pain

## ASSESSMENT:

Pneumonia due to coronavirus disease 2019, J1282 - Current

Pulmonary embolism, I2699 - Current

## PLAN:

### Disposition:

Follow-up in 12-24 Hours

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/06/2021 | Counseling | Diagnosis | McGaugh, John | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by McGaugh, John DO on 03/06/2021 12:56

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SPOTTS, KELVIN ANDRE | | Reg #: | 05613-088 |
| Date of Birth: | 10/22/1965 | Sex:   M   Race:  BLACK | Facility: | FLP |
| Encounter Date: | 03/05/2021 11:42 | Provider:  Bayer, S. PA-C | Unit: | B06 |

Mid Level Provider - Follow up Visit encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT  **1**       Provider:  Bayer, S. PA-C

Chief Complaint:   INFECTIOUS DISEASE

Subjective:   Daily follow up for COVID pt with symptoms. Pt states he is feeling slightly better than yesterday. He is sleeping eating, and drinking normally. He still has fatigue and some dyspnea on exertion. Denies any fevers, rashes, or changes to respiratory status since MAB infusion.

Pain:   No

**ROS:**

**General**

**Constitutional Symptoms**

Yes: Easily Tired, Fatigue

No: Chills, Fever

**Integumentary**

**Skin**

Yes: Within Normal Limits

**Cardiovascular**

**General**

No: Angina, Palpitation, Syncope

**Pulmonary**

**Respiratory System**

Yes: Cough - Productive, DOE

No: Dyspnea

**GI**

**General**

Yes: Within Normal Limits

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 03/05/2021 | 11:44 FLX | 97.6 | 36.4 | | Bayer, S. PA-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/05/2021 | 11:44 FLX | 90 | | | Bayer, S. PA-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/05/2021 | 11:44 FLX | 16 | Bayer, S. PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/05/2021 | 11:44 FLX | 112/64 | | | | Bayer, S. PA-C |

| Inmate Name: | SPOTTS, KELVIN ANDRE | | | | Reg #: | 05613-088 |
|---|---|---|---|---|---|---|
| Date of Birth: | 10/22/1965 | Sex: | M  Race:  BLACK | | Facility: | FLP |
| Encounter Date: | 03/05/2021 11:42 | Provider: | Bayer, S. PA-C | | Unit: | B06 |

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 03/05/2021 | 11:44 FLX | 96 | Oxygen 3 L | Bayer, S. PA-C |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Skin**

**General**

Yes: Within Normal Limits

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

No: Respiratory Distress, Tachypnea

**Auscultation**

Yes: Clear to Auscultation

**Supplemental Oxygen**

Yes: Oxygen via Nasal Cannula

**Cardiovascular**

**Observation**

Yes: Within Normal Limits, Normal Rate, Regular Rhythm

No: Tachycardia

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

No: M/R/G

**ASSESSMENT:**

Confirmed case COVID-19, U07.1 - Current

**PLAN:**

**Other:**

- Respiratory symptoms likely the result of PE and PNA still.
- Steadily improving, O2 decreased to 2L/m, will titrate down
- Probably will come off O2 in coming days

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/05/2021 | Counseling | Access to Care | Bayer, S. | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:** No

**Telephone/Verbal Order:** No

| Inmate Name: | SPOTTS, KELVIN ANDRE | | | Reg #: | 05613-088 |
|---|---|---|---|---|---|
| Date of Birth: | 10/22/1965 | Sex: | M    Race:   BLACK | Facility: | FLP |
| Encounter Date: | 03/05/2021 11:42 | Provider: | Bayer, S. PA-C | Unit: | B06 |

Completed by Bayer, S. PA-C on 03/05/2021 11:49

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SPOTTS, KELVIN ANDRE | | Reg #: | 05613-088 |
| Date of Birth: | 10/22/1965 | Sex: M  Race: BLACK | Facility: | FLP |
| Encounter Date: | 03/04/2021 12:16 | Provider: Bayer, S. PA-C | Unit: | H01 |

Procedure - Diagnostic/Therapeutic Injection encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  **1**          Provider:  Bayer, S. PA-C

Chief Complaint:   INFECTIOUS DISEASE

Subjective:    Pt brought to clinic today for infusion of casirivimab-imdevimab treatment for COVID-19. He reports no changes overnight. He is mildly dyspneic on exertion but denies SOB, CP, or respiratory issues at rest. Infusion is administered in health services clinic under direct continuous monitoring. Infusion began at 1200 and completed at 1310, followed by 1 hour of observation. Pt tolerated infusion and there were no adverse effects through observation period.

Pain:     No

**ROS:**

**General**

**Constitutional Symptoms**

No: Chills, Easily Tired, Fatigue, Fever

**Integumentary**

**Skin**

Yes: Within Normal Limits

**Cardiovascular**

**General**

No: Angina, Edema, Palpitation, Syncope

**Pulmonary**

**Respiratory System**

Yes: DOE, Dyspnea

No: Cough - Dry, Cough - Productive, Shortness of breath

**GI**

**General**

Yes: Within Normal Limits

No: Abdominal Pain or Colic, Constipation, Diarrhea, Nausea, Vomiting

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 03/04/2021 | 14:15 FLX | 97.6 | 36.4 | | Bayer, S. PA-C |
| 03/04/2021 | 14:00 FLX | 98.0 | 36.7 | | Bayer, S. PA-C |
| 03/04/2021 | 13:45 FLX | 98.4 | 36.9 | | Bayer, S. PA-C |
| 03/04/2021 | 13:30 FLX | 97.9 | 36.6 | | Bayer, S. PA-C |
| 03/04/2021 | 13:15 FLX | 97.9 | 36.6 | | Bayer, S. PA-C |
| 03/04/2021 | 13:00 FLX | 98.0 | 36.7 | | Bayer, S. PA-C |
| 03/04/2021 | 12:45 FLX | 98.2 | 36.8 | | Bayer, S. PA-C |

| Inmate Name: | SPOTTS, KELVIN ANDRE | | | | Reg #: | 05613-088 |
|---|---|---|---|---|---|---|
| Date of Birth: | 10/22/1965 | Sex: | M   Race: BLACK | | Facility: | FLP |
| Encounter Date: | 03/04/2021 12:16 | Provider: | Bayer, S. PA-C | | Unit: | H01 |

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 03/04/2021 | 12:30 FLX | 98.0 | 36.7 | | Bayer, S. PA-C |
| 03/04/2021 | 12:15 FLX | 98.2 | 36.8 | | Bayer, S. PA-C |
| 03/04/2021 | 11:00 FLX | 97.1 | 36.2 | | Bayer, S. PA-C |

Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/04/2021 | 14:15 FLX | 77 | | | Bayer, S. PA-C |
| 03/04/2021 | 14:00 FLX | 62 | | | Bayer, S. PA-C |
| 03/04/2021 | 13:45 FLX | 68 | | | Bayer, S. PA-C |
| 03/04/2021 | 13:30 FLX | 73 | | | Bayer, S. PA-C |
| 03/04/2021 | 13:15 FLX | 62 | | | Bayer, S. PA-C |
| 03/04/2021 | 13:00 FLX | 72 | | | Bayer, S. PA-C |
| 03/04/2021 | 12:45 FLX | 81 | | | Bayer, S. PA-C |
| 03/04/2021 | 12:30 FLX | 68 | | | Bayer, S. PA-C |
| 03/04/2021 | 12:15 FLX | 72 | | | Bayer, S. PA-C |
| 03/04/2021 | 11:00 FLX | 76 | | | Bayer, S. PA-C |

Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/04/2021 | 14:15 FLX | 16 | Bayer, S. PA-C |
| 03/04/2021 | 14:00 FLX | 14 | Bayer, S. PA-C |
| 03/04/2021 | 13:45 FLX | 14 | Bayer, S. PA-C |
| 03/04/2021 | 13:30 FLX | 14 | Bayer, S. PA-C |
| 03/04/2021 | 13:15 FLX | 14 | Bayer, S. PA-C |
| 03/04/2021 | 13:00 FLX | 16 | Bayer, S. PA-C |
| 03/04/2021 | 12:45 FLX | 14 | Bayer, S. PA-C |
| 03/04/2021 | 12:30 FLX | 14 | Bayer, S. PA-C |
| 03/04/2021 | 12:15 FLX | 14 | Bayer, S. PA-C |
| 03/04/2021 | 11:00 FLX | 14 | Bayer, S. PA-C |

Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/04/2021 | 14:15 FLX | 144/84 | | | | Bayer, S. PA-C |
| 03/04/2021 | 14:00 FLX | 140/86 | | | | Bayer, S. PA-C |
| 03/04/2021 | 13:45 FLX | 146/88 | | | | Bayer, S. PA-C |
| 03/04/2021 | 13:30 FLX | 132/94 | | | | Bayer, S. PA-C |
| 03/04/2021 | 13:15 FLX | 150/90 | | | | Bayer, S. PA-C |
| 03/04/2021 | 13:00 FLX | 138/94 | | | | Bayer, S. PA-C |

| Inmate Name: | SPOTTS, KELVIN ANDRE | | | | Reg #: | 05613-088 |
|---|---|---|---|---|---|---|

Date of Birth: 10/22/1965
Encounter Date: 03/04/2021 12:16

Sex: M   Race: BLACK
Provider: Bayer, S. PA-C

Facility: FLP
Unit: H01

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/04/2021 | 12:45 FLX | 139/92 | | | | Bayer, S. PA-C |
| 03/04/2021 | 12:30 FLX | 136/90 | | | | Bayer, S. PA-C |
| 03/04/2021 | 12:15 FLX | 123/85 | | | | Bayer, S. PA-C |
| 03/04/2021 | 11:00 FLX | 132/90 | | | | Bayer, S. PA-C |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 03/04/2021 | 14:15 FLX | 96 | Oxygen 3 L | Bayer, S. PA-C |
| 03/04/2021 | 14:00 FLX | 97 | Oxygen 3 L | Bayer, S. PA-C |
| 03/04/2021 | 13:45 FLX | 98 | Oxygen 3 L | Bayer, S. PA-C |
| 03/04/2021 | 13:30 FLX | 96 | Oxygen 3 L | Bayer, S. PA-C |
| 03/04/2021 | 13:30 FLX | 96 | | Bayer, S. PA-C |
| 03/04/2021 | 13:15 FLX | 98 | Oxygen 4 L | Bayer, S. PA-C |
| 03/04/2021 | 13:00 FLX | 98 | Oxygen 4 L | Bayer, S. PA-C |
| 03/04/2021 | 12:45 FLX | 96 | Oxygen 4 L | Bayer, S. PA-C |
| 03/04/2021 | 12:30 FLX | 99 | Oxygen 5 L | Bayer, S. PA-C |
| 03/04/2021 | 12:15 FLX | 98 | | Bayer, S. PA-C |
| 03/04/2021 | 11:00 FLX | 95 | Oxygen 5 L | Bayer, S. PA-C |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Skin**

**General**

Yes: Within Normal Limits

No: Erythema

**Lesions**

No: Wheals

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

No: Respiratory Distress, Tachypnea

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

**Observation**

Yes: Within Normal Limits, Normal Rate, Regular Rhythm

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

| Inmate Name: | SPOTTS, KELVIN ANDRE | | | | Reg #: | 05613-088 |
|---|---|---|---|---|---|---|
| Date of Birth: | 10/22/1965 | Sex: | M   Race:  BLACK | | Facility: | FLP |
| Encounter Date: | 03/04/2021 12:16 | Provider: | Bayer, S. PA-C | | Unit: | H01 |

No: M/R/G

**Abdomen**

**Inspection**

Yes: Within Normal Limits

**Auscultation**

Yes: Normo-Active Bowel Sounds

**Palpation**

Yes: Within Normal Limits, Soft

No: Guarding, Rigidity, Tenderness on Palpation

**Exam Comments**

- Oxygen decreased from 5L/m to 3L/m without significant drop in SpO2
- Infused medications through 20g IV in R AC. IV access achieved after two attempts.

**ASSESSMENT:**

Confirmed case COVID-19, U07.1 - Current

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

**Other:**

- Successful infusion without issues
- Pt is given incentive spirometer and educated on use
- Pt required two 10mL syringes, two 18g needles, and 2 20g IV angiocaths from pyxis for therapy.
- Pt is discharged back to cell.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/04/2021 | Counseling | Access to Care | Bayer, S. | Verbalizes Understanding |
| 03/04/2021 | Counseling | New Medication | Bayer, S. | Verbalizes Understanding |
| 03/04/2021 | Counseling | Equip/Device Instructions | Bayer, S. | Verbalizes Understanding |
| 03/04/2021 | Counseling | Medication Side Effects | Bayer, S. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Bayer, S. PA-C on 03/04/2021 14:24

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | SPOTTS, KELVIN ANDRE | | Reg #: 05613-088 |
| Date of Birth: | 10/22/1965 | Sex: M Race: BLACK | Facility: FLP |
| Encounter Date: | 03/04/2021 09:41 | Provider: Bayer, S. PA-C | Unit: H01 |

Mid Level Provider - Follow up Visit encounter performed at Housing Unit.

## SUBJECTIVE:

COMPLAINT **1**        Provider:  Bayer, S. PA-C

Chief Complaint:  INFECTIOUS DISEASE

Subjective:    Pt seen for daily follow up. He is currently on oxygen for outpatient treatment of PE and PNA. He was also diagnosed with COVID-19 after discharge from the hospital. Pt states he is feeling okay but is still weak when he gets up to move around specifically walking to the bathroom. He says his SOB is improving. He denies any fever, chills, CP, or GI s/s. Pt was offered treatment with casirivimab and imdevimab for his new dx of COVID-19 and he is agreeable. Consent forms were signed, fact sheet was discussed and copy was given to patient, and all questions were answered.

Pain:          No

## ROS:

**General**

**Constitutional Symptoms**

Yes: Easily Tired, Fatigue, Weakness

No: Chills, Fever

**Cardiovascular**

**General**

No: Angina, Edema, Palpitation, Syncope

**Pulmonary**

**Respiratory System**

Yes: Cough - Dry, DOE, Shortness of breath

No: Dyspnea

**GI**

**General**

Yes: Within Normal Limits

## OBJECTIVE:

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

| Inmate Name: | SPOTTS, KELVIN ANDRE | | | Reg #: | 05613-088 |
|---|---|---|---|---|---|

Inmate Name:   SPOTTS, KELVIN ANDRE
Date of Birth:   10/22/1965                     Sex:      M     Race:  BLACK
Encounter Date: 03/04/2021 09:41         Provider:  Bayer, S. PA-C

Reg #:     05613-088
Facility:  FLP
Unit:       H01

### Observation
Yes: Within Normal Limits, Normal Rate, Regular Rhythm

### Auscultation
Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2
No: M/R/G

### Exam Comments
- Rhonchi not appreciated today, no wheezing or rales.

### ASSESSMENT:
Confirmed case COVID-19, U07.1 - Current

### PLAN:

### New Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
|  | Casirivimab -Imdevimab 1200/1200 MG Injection | 03/04/2021 09:41 |

**Prescriber Order:**     Infuse 1 dose (1200/1200) Intravenously  one time x 1 day(s) Pill Line Only

Indication:   Confirmed case COVID-19

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Bayer, S. PA-C on 03/04/2021 09:42

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | SPOTTS, KELVIN ANDRE | | Reg #: 05613-088 |
| Date of Birth: | 10/22/1965 | Sex: M    Race: BLACK | Facility: FLP |
| Encounter Date: | 03/03/2021 13:54 | Provider: Bayer, S. PA-C | Unit: H01 |

Mid Level Provider - Follow up Visit encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT  1        Provider:  Bayer, S. PA-C

Chief Complaint:   INFECTIOUS DISEASE

Subjective:    Pt seen for daily follow up. He is currently on oxygen for outpatient treatment of PE and PNA. He was also diagnosed with COVID-19 after discharge from the hospital. Pt states he is feeling okay but is still weak when he gets up to move around specifically walking to the bathroom. He says his SOB is improving. He denies any fever, chills, CP, or GI s/s. Pt was offered treatment with casirivimab and imdevimab for his new dx of COVID-19 and he is agreeable. Consent forms were signed, fact sheet was discussed and copy was given to patient, and all questions were answered.

Pain:          No

**ROS:**

**General**

**Constitutional Symptoms**

Yes: Easily Tired, Fatigue, Weakness

No: Chills, Fever

**Cardiovascular**

**General**

No: Angina, Edema, Palpitation, Syncope

**Pulmonary**

**Respiratory System**

Yes: Cough - Dry, DOE, Shortness of breath

No: Dyspnea

**GI**

**General**

Yes: Within Normal Limits

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 03/03/2021 | 13:58 FLX | 98.0 | 36.7 | | Bayer, S. PA-C |
| 03/02/2021 | 13:55 FLX | 97.0 | 36.1 | | Bayer, S. PA-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/03/2021 | 13:58 FLX | 90 | | | Bayer, S. PA-C |
| 03/02/2021 | 13:55 FLX | 104 | | | Bayer, S. PA-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/03/2021 | 13:58 FLX | 18 | Bayer, S. PA-C |

Use Amendment

| Inmate Name: | SPOTTS, KELVIN ANDRE | | | | Reg #: | 05613-088 |
|---|---|---|---|---|---|---|
| Date of Birth: | 10/22/1965 | Sex: | M | Race: BLACK | Facility: | FLP |
| Encounter Date: | 03/03/2021 13:54 | Provider: | Bayer, S. PA-C | | Unit: | H01 |

| Date | Time | | Rate Per Minute | Provider |
|---|---|---|---|---|
| 03/02/2021 | 13:55 FLX | | 20 | Bayer, S. PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/03/2021 | 13:58 FLX | 114/80 | | | | Bayer, S. PA-C |
| 03/02/2021 | 13:55 FLX | 112/73 | | | | Bayer, S. PA-C |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 03/03/2021 | 13:58 FLX | 92 | Oxygen 5 L | Bayer, S. PA-C |
| 03/02/2021 | 13:55 FLX | 94 | Oxygen 4 L | Bayer, S. PA-C |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x3

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

**Observation**

Yes: Within Normal Limits, Normal Rate, Regular Rhythm

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2
No: M/R/G

**Exam Comments**

- Rhonchi not appreciated today, no wheezing or rales.

**ASSESSMENT:**

Confirmed case COVID-19, U07.1 - Current

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

**Other:**

- NFR placed for casirivimab and imdevimab
- Continue daily follow ups
- No significant changes otherwise.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

Generated 03/03/2021 14.02 by Bayer, S. PA-C

See Amendment

| Inmate Name: | SPOTTS, KELVIN ANDRE | | | | Reg #: | 05613-088 |
| Date of Birth: | 10/22/1965 | Sex: | M | Race: BLACK | Facility: | FLP |
| Encounter Date: | 03/03/2021 13:54 | Provider: | Bayer, S. PA-C | | Unit: | H01 |

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/03/2021 | Counseling | Access to Care | Bayer, S. | Verbalizes Understanding |

**Copay Required:** No    **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Bayer, S. PA-C on 03/03/2021 14:02



# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: SPOTTS, KELVIN ANDRE | | Reg #: 05613-088 |
| Date of Birth: 10/22/1965 | Sex: M  Race: BLACK | Facility: FLP |
| Encounter Date: 03/03/2021 13:54 | Provider: Bayer, S. PA-C | Unit: H01 |

Mid Level Provider - Follow up Visit encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT 1    Provider: Bayer, S. PA-C

Chief Complaint: INFECTIOUS DISEASE

Subjective: Pt seen for daily follow up. He is currently on oxygen for outpatient treatment of PE and PNA. He was also diagnosed with COVID-19 after discharge from the hospital. Pt states he is feeling okay but is still weak when he gets up to move around specifically walking to the bathroom. He says his SOB is improving. He denies any fever, chills, CP, or GI s/s. Pt was offered treatment with casirivimab and imdevimab for his new dx of COVID-19 and he is agreeable. Consent forms were signed, fact sheet was discussed and copy was given to patient, and all questions were answered.

Pain: No

**ROS:**

**General**

**Constitutional Symptoms**

Yes: Easily Tired, Fatigue, Weakness

No: Chills, Fever

**Cardiovascular**

**General**

No: Angina, Edema, Palpitation, Syncope

**Pulmonary**

**Respiratory System**

Yes: Cough - Dry, DOE, Shortness of breath

No: Dyspnea

**GI**

**General**

Yes: Within Normal Limits

**OBJECTIVE:**

Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 03/03/2021 | 13:58 FLX | 98.0 | 36.7 | | Bayer, S. PA-C |
| 03/02/2021 | 13:55 FLX | 97.0 | 36.1 | | Bayer, S. PA-C |

Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/03/2021 | 13:58 FLX | 90 | | | Bayer, S. PA-C |
| 03/02/2021 | 13:55 FLX | 104 | | | Bayer, S. PA-C |

Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/03/2021 | 13:58 FLX | 18 | Bayer, S. PA-C |

| | | | |
|---|---|---|---|
| Inmate Name: | SPOTTS, KELVIN ANDRE | Reg #: | 05613-088 |
| Date of Birth: | 10/22/1965 | Sex: M   Race: BLACK | Facility: FLP |
| Encounter Date: | 03/03/2021 13:54 | Provider: Bayer, S. PA-C | Unit: H01 |

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/02/2021 | 13:55 FLX | 20 | Bayer, S. PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/03/2021 | 13:58 FLX | 114/80 | | | | Bayer, S. PA-C |
| 03/02/2021 | 13:55 FLX | 112/73 | | | | Bayer, S. PA-C |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 03/03/2021 | 13:58 FLX | 92 | Oxygen 5 L | Bayer, S. PA-C |
| 03/02/2021 | 13:55 FLX | 94 | Oxygen 4 L | Bayer, S. PA-C |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

**Observation**

Yes: Within Normal Limits, Normal Rate, Regular Rhythm

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2
No: M/R/G

**Exam Comments**

- Rhonchi not appreciated today, no wheezing or rales.

**ASSESSMENT:**

Confirmed case COVID-19, U07.1 - Current

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

**Other:**

- NFR placed for casirivimab and imdevimab
- Continue daily follow ups
- No significant changes otherwise.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

See Amendment

| Inmate Name: | SPOTTS, KELVIN ANDRE | | | Reg #: | 05613-088 |
|---|---|---|---|---|---|
| Date of Birth: | 10/22/1965 | Sex: | M  Race:  BLACK | Facility: | FLP |
| Encounter Date: | 03/03/2021 13:54 | Provider: | Bayer, S. PA-C | Unit: | H01 |

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/03/2021 | Counseling | Access to Care | Bayer, S. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Bayer, S. PA-C on 03/03/2021 14:02



# Bureau of Prisons
# Health Services
# See Amendment

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SPOTTS, KELVIN ANDRE | | Reg #: | 05613-088 |
| Date of Birth: | 10/22/1965 | Sex: M | Race: | BLACK |
| Encounter Date: | 03/04/2021 09:41 | | Facility: | FLP |

**Amendment made to this note by Bayer, S. PA-C on 03/04/2021 09:42.**

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | SPOTTS, KELVIN ANDRE | | | | Reg #: | 05613-088 |
| Date of Birth: | 10/22/1965 | Sex: | M | Race: BLACK | Facility: | FLP |
| Note Date: | 03/03/2021 07:59 | Provider: | Resto, William MD/CD | | Unit: | H01 |

Admin Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   1           Provider:   Resto, William MD/CD

55y/o aa male BMI=34.9%, with comorbid disease, HTN, CKD stage III, hyperlipidemia, gout, psoriasis, discharged  from local hospital March 01 2021  with Dx of Pulmonary embolism( sent to hospital  02/25/2021 with highly suspect Pulmonary Embolism  symptoms, SOB/Dyspnea), receiving Apixaban, Azithromycin and O2  supplementation for pulmonary embolism.  Patient was Covid 19  negative prior to and throughout stay at hospital  but on arrival back to the Institution  he did test +  for Covid 19. Diagnosed  with Covid 19 positive on 03/01/2021. Patient with cough, DOE, bodyache.   Requesting MAb.

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Casirivimab -Imdevimab 1200/1200 MG Injection | 03/03/2021 07:59 |
| | **Prescriber Order:**   Iv  infusion Intravenously Peripheral-IV -   daily x 1 day(s) Pill Line Only | |
| | Indication:   Confirmed case COVID-19 | |

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Resto, William MD/CD on 03/03/2021 08:20

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SPOTTS, KELVIN ANDRE | | Reg #: | 05613-088 |
| Date of Birth: | 10/22/1965 | Sex: M   Race: BLACK | Facility: | FLP |
| Encounter Date: | 03/02/2021 13:52 | Provider: Bayer, S. PA-C | Unit: | H01 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

## SUBJECTIVE:

COMPLAINT **1**        Provider:  Bayer, S. PA-C

Chief Complaint:   PULMONARY/RESPIRATORY

Subjective:   Pt is evaluated after discharge from local hospital yesterday. He was evaluated and admitted to the hospital for PE and PNA. He is currently on apixaban, azithromycin, and O2. He state she feels a lot better than before getting treatment but is still experiencing DOE when he walks to use the restroom. He has dry cough. He denies any other symptoms including pain, fever/chills, sputum, or GI s/s. Pt was COVID negative prior to and throughout stay at hospital but on arrival back to USP he did test positive.

Pain:   No

## ROS:

### General

#### Constitutional Symptoms

No: Chills, Easily Tired, Fatigue, Fever

### Cardiovascular

#### General

No: Edema, Palpitation, Syncope

### Pulmonary

#### Respiratory System

Yes: Cough - Dry, DOE, Dyspnea

### GI

#### General

Yes: Within Normal Limits

## OBJECTIVE:

### Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 03/02/2021 | 13:55 FLX | 97.0 | 36.1 | | Bayer, S. PA-C |

### Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/02/2021 | 13:55 FLX | 104 | | | Bayer, S. PA-C |

### Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/02/2021 | 13:55 FLX | 20 | Bayer, S. PA-C |

### Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/02/2021 | 13:55 FLX | 112/73 | | | | Bayer, S. PA-C |

### SaO2:

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|

| Inmate Name: | SPOTTS, KELVIN ANDRE | | | Reg #: | 05613-088 |
|---|---|---|---|---|---|
| Date of Birth: | 10/22/1965 | Sex: M | Race: BLACK | Facility: | FLP |
| Encounter Date: | 03/02/2021 13:52 | Provider: | Bayer, S. PA-C | Unit: | H01 |

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 03/02/2021 | 13:55 FLX | 94 | Oxygen 4 L | Bayer, S. PA-C |

## Exam:

### General

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

### Pulmonary

**Observation/Inspection**

Yes: Tachypnea

No: Within Normal Limits, Respiratory Distress

**Auscultation**

Yes: Rhonchi

No: Inspiratory-Crackles, Wheezing

### Cardiovascular

**Observation**

Yes: Regular Rhythm, Tachycardia

No: Within Normal Limits, Normal Rate

**Auscultation**

Yes: Normal S1 and S2

No: Regular Rate and Rhythm (RRR), M/R/G

### Abdomen

**Inspection**

Yes: Within Normal Limits

**Auscultation**

Yes: Normo-Active Bowel Sounds

**Palpation**

Yes: Within Normal Limits, Soft

No: Guarding, Rigidity

## Exam Comments

- Pt has rhonchi on R middle and lower lung field which mostly cleared with several forceful coughs residual rhonchi in RLL. Pt is otherwise in good spirits and with good energy. He is slightly tachypneic but has no respiratory distress especially when compared to presentation prior to ED visit.

## ASSESSMENT:

Confirmed case COVID-19, U07.1 - Current - *Abbott 3/1/21*

Pulmonary embolism, I2699 - Current

Unspecified bacterial pneumonia, J159 - Current

## PLAN:

## Disposition:

Follow-up at Sick Call as Needed

| | | | | |
|---|---|---|---|---|
| Inmate Name:   SPOTTS, KELVIN ANDRE | | | Reg #:      05613-088 | |
| Date of Birth:    10/22/1965 | Sex:      M    Race:  BLACK | | Facility:  FLP | |
| Encounter Date:  03/02/2021 13:52 | Provider:  Bayer, S. PA-C | | Unit:       H01 | |

**Other:**

- Will continue daily monitoring
- Contacted CD for consideration of MAB therapy for COVID-19 in high risk patient.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/02/2021 | Counseling | Access to Care | Bayer, S. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Bayer, S. PA-C on 03/02/2021 14:10

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: SPOTTS, KELVIN ANDRE | | Reg #: 05613-088 |
| Date of Birth: 10/22/1965 | Sex: M Race: BLACK | Facility: FLP |
| Encounter Date: 03/01/2021 12:57 | Provider: Bailey, Nicholas RN | Unit: E07 |

Nursing - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1          Provider: Bailey, Nicholas RN

Chief Complaint:   Medical Trip Return

Subjective:   Inmate has returned from an extended stay at a local hospital due to pulmonary complications involving pneumonia and a pulmonary embolism. Inmate is now stabilized and is cleared to return to the institution. He arrived on oxygen via NC at 4 LPM and saturation of 93%. Inmate SPO2 is 85% on RA. Inmate reports he feels much better than when he left. He returns with prescriptions for apixaban 10 mg twice daily for 7 days, then taper to 5mg twice daily; azithromycin 250mg daily for 2 days; and cefdinir 300mg twice daily for 5 days. Inmate denies any other injuries or other medical complaints at this time.

Pain:   No

**OBJECTIVE:**

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Skin**

**General**

Yes: Within Normal Limits

**Head**

**General**

Yes: Atraumatic/Normocephalic

**Eyes**

**General**

Yes: PERRLA

**Nose**

**General**

Yes: Nares Patent

**Pulmonary**

**Observation/Inspection**

Yes: Tachypnea

**Cardiovascular**

**Observation**

Yes: Tachycardia

**Peripheral Vascular**

**General**

Yes: Within Normal Limits

| | | |
|---|---|---|
| Inmate Name:  SPOTTS, KELVIN ANDRE | | Reg #:  05613-088 |
| Date of Birth:  10/22/1965 | Sex:    M    Race:  BLACK | Facility:  FLP |
| Encounter Date:  03/01/2021 12:57 | Provider:  Bailey, Nicholas RN | Unit:    E07 |

## ROS Comments

Inmate denies the following symptoms: cough, shortness of breath, stuffy/runny nose, chills/fever, muscle/ body aches, sore throat, loss of taste or smell, abdominal pain, or nausea/vomiting/diarrhea.

## ASSESSMENT:

Infection - Respiratory, Signs of

Inmate has returned from an extended stay at a local hospital due to pulmonary complications involving pneumonia and a pulmonary embolism.  Inmate is now stabilized and is cleared to return to the institution.  He arrived on oxygen via NC at 4 LPM and saturation of 93%.  Inmate SPO2 is 85% on RA.  Inmate reports he feels much better than when he left. He returns with prescriptions for apixaban 10 mg twice daily for 7 days, then taper to 5mg twice daily; azithromycin 250mg daily for 2 days; and cefdinir 300mg twice daily for 5 days.  Inmate denies any other injuries or other medical complaints at this time.  On duty physician was consulted regarding new orders, authorized all medications as prescribed.

Inmate sitting in chair breathing easily on O2 at 4 LPM and able to speak in full sentences.  A/O x 4; Skin=PWD; CMS=intact
HEENT - Normocephalic presentation; Pupils=PERRLA; Ears=Unremarkable; Nares=Patent; Throat=patent; noted possible anterior adenopathy on central to left side of neck
CHEST/BACK - Lung Sounds clear B/L with occasional wheeze that clears after the patient coughs; Chest rise/fall equal B/L with normal AP presentation; No abnormalities observed and inmate denies any complaints
ABD - No abnormalities observed and inmate denies any complaints
EXT - No abnormalities observed and inmate denies any complaints

medical trip return assessment

Assess inmate and obtain vitals.  Moved inmate to medical holding cell for observation for the first 24 hours of his return as he transfer from O2 to an oxygen concentrator and to make sure medication is obtained as prescribed.  Consult with on duty physician for order authorization.  Execute orders given.  Clear inmate to remain in HSU

## PLAN:

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Azithromycin Tablet | 03/01/2021 12:57 |
| | **Prescriber Order:**    250mg Orally  -   Two Times a Day x 2 day(s) | |

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | *Doxycycline Hyclate Capsule/Tablet* | *03/01/2021 12:57* |
| | **Prescriber Order:**    *100mg Orally  -   Two Times a Day x 10 day(s)* | |
| | Discontinue Type:    *When Pharmacy Processes* | |
| | Discontinue Reason:    *discontinue* | |
| | Indication: | |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:**  Yes    **By:**  Norton, Jade DO
**Telephone or Verbal order read back and verified.**

Completed by Bailey, Nicholas RN on 03/01/2021 12:59
Requested to be cosigned by  Norton, Jade DO.
Cosign documentation will be displayed on the following page.

| | |
|---|---|
| Inmate Name:   SPOTTS, KELVIN ANDRE | Reg #:   05613-088 |
| Date of Birth:   10/22/1965 | Sex:   M   Race:   BLACK   Facility:   FLP |
| Encounter Date:   03/01/2021 12:57 | Provider:   Bailey, Nicholas RN   Unit:   E07 |

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SPOTTS, KELVIN ANDRE | | Reg #: | 05613-088 |
| Date of Birth: | 10/22/1965 | Sex:    M    Race:  BLACK | Facility: | FLP |
| Encounter Date: | 03/01/2021 11:58 | Provider:  Bailey, Nicholas RN | Unit: | E07 |

Nursing - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  **1**        Provider:  Bailey, Nicholas RN

Chief Complaint:   Medical Trip Return

Subjective:    Inmate has returned from an extended stay at a local hospital due to pulmonary complications involving pneumonia and a pulmonary embolism. Inmate is now stabilized and is cleared to return to the institution. He arrived on oxygen via NC at 4 LPM and saturation of 93%. Inmate SPO2 is 85% on RA. Inmate reports he feels much better than when he left. He returns with prescriptions; apixaban 10 mg twice daily for 7 days, then taper to 5mg twice daily; azithromycin 500mg daily for 2 days; and cefdinir 300mg twice daily for 5 days. Inmate denies any other injuries or other medical complaints at this time.

Pain:          No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 03/01/2021 | 11:57 FLX | 98.2 | 36.8 | Temporal | Bailey, Nicholas RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/01/2021 | 11:57 FLX | 107 | Radial | Regular | Bailey, Nicholas RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/01/2021 | 11:57 FLX | 40 | Bailey, Nicholas RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/01/2021 | 11:57 FLX | 118/76 | Left Arm | Sitting | Adult-regular | Bailey, Nicholas RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 03/01/2021 | 11:58 FLX | 93 | Oxygen 4 L | Bailey, Nicholas RN |
| 03/01/2021 | 11:57 FLX | 85 | Room Air | Bailey, Nicholas RN |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Skin**

**General**

Yes: Within Normal Limits

**Head**

| | |
|---|---|
| Inmate Name: SPOTTS, KELVIN ANDRE | Reg #: 05613-088 |
| Date of Birth: 10/22/1965 | Sex: M  Race: BLACK  Facility: FLP |
| Encounter Date: 03/01/2021 11:58 | Provider: Bailey, Nicholas RN  Unit: E07 |

**General**

Yes: Atraumatic/Normocephalic

**Eyes**

**General**

Yes: PERRLA

**Nose**

**General**

Yes: Nares Patent

**Pulmonary**

**Observation/Inspection**

Yes: Tachypnea

**Cardiovascular**

**Observation**

Yes: Tachycardia

**Peripheral Vascular**

**General**

Yes: Within Normal Limits

<u>**ROS Comments**</u>

Inmate denies the following symptoms: cough, shortness of breath, stuffy/runny nose, chills/fever, muscle/ body aches, sore throat, loss of taste or smell, abdominal pain, or nausea/vomiting/diarrhea.

**ASSESSMENT:**

Infection - Respiratory, Signs of

Inmate has returned from an extended stay at a local hospital due to pulmonary complications involving pneumonia and a pulmonary embolism. Inmate is now stabilized and is cleared to return to the institution. He arrived on oxygen via NC at 4 LPM and saturation of 93%. Inmate SPO2 is 85% on RA. Inmate reports he feels much better than when he left. He returns with prescriptions for apixaban 10 mg twice daily for 7 days, then reduce to 5mg twice daily; azithromycin 250mg daily for 2 days; and cefdinir 300mg twice daily for 5 days. Inmate denies any other injuries or other medical complaints at this time. On duty physician was consulted regarding new orders, authorized all medications as prescribed except the azithromycin as it is a non-formulary and would be delayed in delivery due to NF request. Prescribed doxycycline 100mg bid for 10 days in place of.

Inmate sitting in chair breathing easily on O2 at 4 LPM and able to speak in full sentences; A/Ox4; Skin=PWD; CMS=intact
HEENT - Normocephalic presentation; Pupils=PERRLA; Ears=Unremarkable; Nares=Patent; Throat=patent; noted possible anterior adenopathy on central to left side of neck
CHEST/BACK - Lung Sounds clear B/L with occasional wheeze that clears after the patient coughs; Chest rise/fall equal B/L with normal AP presentation; No abnormalities observed and inmate denies any complaints
ABD - No abnormalities observed and inmate denies any complaints
EXT - No abnormalities observed and inmate denies any complaints

medical trip return assessment

Assess inmate and obtain vitals. Moved inmate to medical holding cell for observation for the first 24 hours of his return as he transfer from O2 to an oxygen concentrator and to make sure medication is obtained as prescribed. Consult with on duty physician for order authorization. Execute orders given. Clear inmate to remain in HSU

See Amendment

| Inmate Name: | SPOTTS, KELVIN ANDRE | | | | Reg #: | 05613-088 |
|---|---|---|---|---|---|---|
| Date of Birth: | 10/22/1965 | Sex: | M   Race: BLACK | | Facility: | FLP |
| Encounter Date: | 03/01/2021 11:58 | Provider: | Bailey, Nicholas RN | | Unit: | E07 |

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Apixaban Oral Tablet | 03/01/2021 11:58 |
| | **Prescriber Order:** 10 mg Orally - Two Times a Day x 7 day(s) | |
| | Apixaban Oral Tablet | 03/01/2021 11:58 |
| | **Prescriber Order:** 5 mg Orally - Two Times a Day x 180 day(s) -- Start medication on March 7, 2021, after 10mg dose has been completed | |
| | Doxycycline Hyclate Capsule/Tablet | 03/01/2021 11:58 |
| | **Prescriber Order:** 100mg Orally - Two Times a Day x 10 day(s) | |
| | Cefdinir Oral Capsule | 03/01/2021 11:58 |
| | **Prescriber Order:** 300 mg Orally - Two Times a Day x 5 day(s) | |

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/01/2021 | Counseling | Access to Care | Bailey, Nicholas | Verbalizes Understanding |

**Copay Required:** No     **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes     **By:** Norton, Jade DO

**Telephone or Verbal order read back and verified.**

Completed by Bailey, Nicholas RN on 03/01/2021 12:52

Requested to be cosigned by Norton, Jade DO.

Cosign documentation will be displayed on the following page.

See Amendment

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SPOTTS, KELVIN ANDRE | | | Reg #: | 05613-088 |
| Date of Birth: | 10/22/1965 | Sex: | M | Race: | BLACK |
| Encounter Date: | 03/01/2021 11:58 | Provider: | Bailey, Nicholas RN | Facility: | FLP |

**Cosigned by Norton, Jade DO on 03/01/2021 12:55.**



# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SPOTTS, KELVIN ANDRE | | | Reg #: | 05613-088 |
| Date of Birth: | 10/22/1965 | Sex: | M | Race: | BLACK |
| Encounter Date: | 03/01/2021 12:57 | Provider: | Bailey, Nicholas RN | Facility: | FLP |

**Cosigned by Norton, Jade DO on 03/01/2021 12:59.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: SPOTTS, KELVIN ANDRE | | | Reg #: 05613-088 |
| Date of Birth: 10/22/1965 | Sex: M Race: BLACK | | Facility: FLP |
| Encounter Date: 03/01/2021 11:58 | Provider: Bailey, Nicholas RN | | Unit: E07 |

Nursing - Medical Trip Return encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**      Provider: Bailey, Nicholas RN

Chief Complaint: Medical Trip Return

Subjective: Inmate has returned from an extended stay at a local hospital due to pulmonary complications involving pneumonia and a pulmonary embolism. Inmate is now stabilized and is cleared to return to the institution. He arrived on oxygen via NC at 4 LPM and saturation of 93%. Inmate SPO2 is 85% on RA. Inmate reports he feels much better than when he left. He returns with prescriptions of apixaban 10 mg twice daily for 7 days, then taper to 5mg twice daily; azithromycin 250mg daily for 2 days; and cefdinir 300mg twice daily for 5 days. Inmate denies any other injuries or other medical complaints at this time.

Pain: No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 03/01/2021 | 11:57 FLX | 98.2 | 36.8 | Temporal | Bailey, Nicholas RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/01/2021 | 11:57 FLX | 107 | Radial | Regular | Bailey, Nicholas RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/01/2021 | 11:57 FLX | 40 | Bailey, Nicholas RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/01/2021 | 11:57 FLX | 118/76 | Left Arm | Sitting | Adult-regular | Bailey, Nicholas RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 03/01/2021 | 11:58 FLX | 93 | Oxygen 4 L | Bailey, Nicholas RN |
| 03/01/2021 | 11:57 FLX | 85 | Room Air | Bailey, Nicholas RN |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Skin**

**General**

Yes: Within Normal Limits

**Head**

| | | |
|---|---|---|
| Inmate Name:   SPOTTS, KELVIN ANDRE | | Reg #:   05613-088 |
| Date of Birth:   10/22/1965 | Sex:   M   Race:   BLACK | Facility:   FLP |
| Encounter Date:   03/01/2021 11:58 | Provider:   Bailey, Nicholas RN | Unit:   E07 |

**General**

> Yes: Atraumatic/Normocephalic

**Eyes**

> **General**

> > Yes: PERRLA

**Nose**

> **General**

> > Yes: Nares Patent

**Pulmonary**

> **Observation/Inspection**

> > Yes: Tachypnea

**Cardiovascular**

> **Observation**

> > Yes: Tachycardia

**Peripheral Vascular**

> **General**

> > Yes: Within Normal Limits

**ROS Comments**

Inmate denies the following symptoms: cough, shortness of breath, stuffy/runny nose, chills/fever, muscle/ body aches, sore throat, loss of taste or smell, abdominal pain, or nausea/vomiting/diarrhea.

**ASSESSMENT:**

Infection - Respiratory, Signs of

Inmate has returned from an extended stay at a local hospital due to pulmonary complications involving pneumonia and a pulmonary embolism. Inmate is now stabilized and is cleared to return to the institution. He arrived on oxygen via NC at 4 LPM and saturation of 93%. Inmate SPO2 is 85% on RA. Inmate reports he feels much better than when he left. He returns with prescriptions for apixaban 10 mg twice daily for 7 days, then taper to 5mg twice daily; azithromycin 250mg daily for 2 days; and cefdinir 300mg twice daily for 5 days. Inmate denies any other injuries or other medical complaints at this time. On duty physician was consulted regarding new orders, authorized all medications as prescribed except the azithromycin as it is a non-formulary and would be delayed in delivery due to NF request. Prescribed doxycycline 100mg bid for 10 days in place of.

Inmate sitting in chair breathing easily on O2 at 4 LPM and able to speak in full sentences. A&Ox4; Skin=PWD; CMS=intact
HEENT - Normocephalic presentation; Pupils=PERRLA; Ears=Unremarkable; Nares=Patent; Throat=patent; noted possible anterior adenopathy on central to left side of neck
CHEST/BACK - Lung Sounds clear B/L with occasional wheeze that clears after the patient coughs; Chest rise/fall equal B/L with normal AP presentation; No abnormalities observed and inmate denies any complaints
ABD - No abnormalities observed and inmate denies any complaints
EXT - No abnormalities observed and inmate denies any complaints

medical trip return assessment

Assess inmate and obtain vitals. Moved inmate to medical holding cell for observation for the first 24 hours of his return as he transfer from O2 to an oxygen concentrator and to make sure medication is obtained as prescribed. Consult with on duty physician for order authorization. Execute orders given. Clear inmate to remain in HSU

See Amendment

| Inmate Name: | SPOTTS, KELVIN ANDRE | | | Reg #: | 05613-088 |
|---|---|---|---|---|---|

Inmate Name:   SPOTTS, KELVIN ANDRE
Date of Birth:   10/22/1965          Sex:     M     Race:  BLACK
Encounter Date: 03/01/2021 11:58    Provider:  Bailey, Nicholas RN

Reg #:    05613-088
Facility: FLP
Unit:     E07

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Apixaban Oral Tablet | 03/01/2021 11:58 |
| | **Prescriber Order:** 10 mg Orally -  Two Times a Day x 7 day(s) | |
| | Apixaban Oral Tablet | 03/01/2021 11:58 |
| | **Prescriber Order:** 5 mg Orally -  Two Times a Day x 180 day(s) -- Start medication on March 7, 2021, after 10mg dose has been completed | |
| | Doxycycline Hyclate Capsule/Tablet | 03/01/2021 11:58 |
| | **Prescriber Order:** 100mg Orally -  Two Times a Day x 10 day(s) | |
| | Cefdinir Oral Capsule | 03/01/2021 11:58 |
| | **Prescriber Order:** 300 mg Orally -  Two Times a Day x 5 day(s) | |

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/01/2021 | Counseling | Access to Care | Bailey, Nicholas | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:**  Yes     **By:**  Norton, Jade DO

**Telephone or Verbal order read back and verified.**

Completed by Bailey, Nicholas RN on 03/01/2021 12:52

Requested to be cosigned by  Norton, Jade DO.

Cosign documentation will be displayed on the following page.

See Amendment

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SPOTTS, KELVIN ANDRE | | | Reg #: | 05613-088 |
| Date of Birth: | 10/22/1965 | Sex: | M | Race: | BLACK |
| Encounter Date: | 03/01/2021 11:58 | Provider: | Bailey, Nicholas RN | Facility: | FLP |

**Cosigned by Norton, Jade DO on 03/01/2021 12:55.**



# Bureau of Prisons
# Health Services
# See Amendment

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SPOTTS, KELVIN ANDRE | | | Reg #: | 05613-088 |
| Date of Birth: | 10/22/1965 | Sex: | M | Race: | BLACK |
| Encounter Date: | 03/01/2021 12:57 | | | Facility: | FLP |

**Amendment made to this note by Bailey, Nicholas RN on 03/01/2021 12:59.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | SPOTTS, KELVIN ANDRE | | Reg #: 05613-088 |
| Date of Birth: | 10/22/1965 | Sex: M Race: BLACK | Facility: FLP |
| Encounter Date: | 02/25/2021 13:34 | Provider: Bayer, S. PA-C | Unit: E07 |

Mid Level Provider - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**          Provider:  Bayer, S. PA-C

Chief Complaint:  PULMONARY/RESPIRATORY

Subjective:     Called to housing unit by medical staff for an inmate in respiratory distress. Pt states he has been having mild shortness of breath for two weeks but overnight it significantly worsened and he developed a midline upper back pain. He states last night he also had right calf pain. He denies any fever, chills, night sweats, or abd pain. He has no known hx of VTE.

Pain:          Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 02/25/2021 13:42 |
| Location: | Back-Upper |
| Quality of Pain: | Pressure-like |
| Pain Scale: | 6 |
| Intervention: | see note |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 1-2 Weeks |
| Duration: | 1-2 Weeks |
| Exacerbating Factors: | walking |
| Relieving Factors: | none |
| Reason Not Done: | |
| Comments: | |

**ROS:**

**General**

**Constitutional Symptoms**

Yes: Weakness

No: Chills, Easily Tired, Fatigue, Fever, Night Sweats

**Cardiovascular**

**General**

Yes: Exertional dyspnea, Orthopnea

No: Angina, Edema, Intermittent Claudication, Palpitation, Syncope

**Pulmonary**

**Respiratory System**

Yes: Cough - Productive, Shortness of breath

No: DOE, Dyspnea, Hemoptysis, Wheezing

**GI**

**General**

Yes: Within Normal Limits

| Inmate Name: | SPOTTS, KELVIN ANDRE | | | Reg #: | 05613-088 |
| Date of Birth: | 10/22/1965 | Sex: | M   Race: BLACK | Facility: | FLP |
| Encounter Date: | 02/25/2021 13:34 | Provider: | Bayer, S. PA-C | Unit: | E07 |

## OBJECTIVE:

### Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|------|------|-----------|---------|----------|----------|
| 02/25/2021 | 13:45 FLX | 97.6 | 36.4 | Oral | Bayer, S. PA-C |

### Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|------|------|-----------------|----------|--------|----------|
| 02/25/2021 | 13:46 FLX | 108 | | | Bayer, S. PA-C |
| 02/25/2021 | 13:45 FLX | 130 | | | Bayer, S. PA-C |

### Respirations:

| Date | Time | Rate Per Minute | Provider |
|------|------|-----------------|----------|
| 02/25/2021 | 13:46 FLX | 34 | Bayer, S. PA-C |
| 02/25/2021 | 13:45 FLX | 36 | Bayer, S. PA-C |

### Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 02/25/2021 | 13:45 FLX | 110/78 | | | | Bayer, S. PA-C |

### SaO2:

| Date | Time | Value(%) | Air | Provider |
|------|------|----------|-----|----------|
| 02/25/2021 | 13:46 FLX | 91 | Oxygen 4 L | Bayer, S. PA-C |
| 02/25/2021 | 13:45 FLX | 80 | Room Air | Bayer, S. PA-C |

### Exam:

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Pulmonary**

**Observation/Inspection**

Yes: Tachypnea, Accessory Muscle Use, Retractions, Nasal Flaring

**Cardiovascular**

**Observation**

Yes: Tachycardia

**Abdomen**

**Inspection**

Yes: Within Normal Limits

**Gastrointestinal**

**General**

Yes: Within Normal Limits

**Genitourinary**

**General**

Yes: Within Normal Limits

**Exam Comments**

| Inmate Name: | SPOTTS, KELVIN ANDRE | | | Reg #: | 05613-088 |
| Date of Birth: | 10/22/1965 | Sex: | M   Race:  BLACK | Facility: | FLP |
| Encounter Date: | 02/25/2021 13:34 | Provider: | Bayer, S. PA-C | Unit: | E07 |

- Tachypneic, tachycardic
- S1Q3T3 and sinus tach on 12-lead
- Positive Homans
- COVID negative x2

**ASSESSMENT:**

Shortness of breath, R0602 - Current - *R/O PE*

**PLAN:**

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Emergency Room | 02/25/2021 | 02/25/2021 | Emergent | No | |

    Subtype:

        Emergency Room

    Reason for Request:

        R/O PE

**Disposition:**

    Transfer to Local Hospital

**Other:**

    - Need to r/o PE at ED

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 02/25/2021 | Counseling | Access to Care | Bayer, S. | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Bayer, S. PA-C on 02/25/2021 13:53

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: SPOTTS, KELVIN ANDRE | | Reg #: 05613-088 |
| Date of Birth: 10/22/1965 | Sex: M  Race: BLACK | Facility: FLP |
| Encounter Date: 01/25/2021 09:32 | Provider: Norton, Jade DO | Unit: E07 |

Physician - Follow up Visit encounter performed at Health Services.

## SUBJECTIVE:

COMPLAINT 1    Provider: Norton, Jade DO
Chief Complaint: GENERAL
Subjective: IM still complaining of rash on hands and requesting triamcinolone.
Pain: No

## OBJECTIVE:
Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/25/2021 | 09:33 FLX | 97.8 | 36.6 | | Norton, Jade DO |

Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 01/25/2021 | 09:33 FLX | 78 | | | Norton, Jade DO |

Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 01/25/2021 | 09:33 FLX | 16 | Norton, Jade DO |

Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 01/25/2021 | 09:33 FLX | 135/8 | | | | Norton, Jade DO |

SaO2:

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 01/25/2021 | 09:33 FLX | 97 | | Norton, Jade DO |

Weight:

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 01/25/2021 | 09:33 FLX | 210.0 | 95.3 | | Norton, Jade DO |

## Exam Comments

Skin: eczematous rash on palmar aspect of both hands

## ASSESSMENT:

Atopic dermatitis, unspecified, L209 - Current

## PLAN:

New Medication Orders:

| Rx# | Medication | | Order Date |
|---|---|---|---|
| | Triamcinolone 0.1% Cream | | 01/25/2021 09:32 |

Prescriber Order:    smalll amount Topically  -  Two Times a Day x 90 day(s) -- use for 14 days, then stop using it for 14 days, use again prn
Indication: Atopic dermatitis, unspecified

Generated 01/25/2021 09:39 by Norton, Jade DO

Bureau of Prisons - FLP

Page 1 of 2

| Inmate Name: | SPOTTS, KELVIN ANDRE | | | | Reg #: | 05613-088 |
| Date of Birth: | 10/22/1965 | Sex: | M    Race:  BLACK | | Facility: | FLP |
| Encounter Date: | 01/25/2021 09:32 | Provider: | Norton, Jade DO | | Unit: | E07 |

**Other:**

Impression:  follow up

1)  Rash - Trial of triamcinolone cream .1% bid prn.  Don't use consecutively for more than 14 days

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/25/2021 | Counseling | Access to Care | Norton, Jade | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Norton, Jade DO on 01/25/2021 09:39

---

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | SPOTTS, KELVIN ANDRE | | | | Reg #: | 05613-088 |
| Date of Birth: | 10/22/1965 | Sex: | M | Race: BLACK | Facility: | FLP |
| Note Date: | 01/13/2021 11:47 | Provider: | Norton, Jade DO | | Unit: | E07 |

Admin Note - Medication Reconciliation encounter performed at Housing Unit.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:   Norton, Jade DO

Med RF requested.  Chart, meds, data and lab reviewed. Med refilled in accordance with BOP's recommendations regarding COVID - 19 to decrease transmission risk.

**Renew Medication Orders:**

| **Rx#** | **Medication** | **Order Date** |
|---|---|---|
| 288496-FLX | Clotrimazole Cream 1% 30 GM | 01/13/2021 11:47 |

**Prescriber Order:**    Apply a small amount topically to the affected area(s) twice daily x 30 day(s)

Indication:  Candidiasis

**Copay Required:** No        **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Norton, Jade DO on 01/13/2021 11:49

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SPOTTS, KELVIN ANDRE | | | Reg #: | 05613-088 |
| Date of Birth: | 10/22/1965 | Sex: | M     Race: BLACK | Facility: | FLP |
| Note Date: | 12/31/2020 08:27 | Provider: | Klang, K PharmD | Unit: | E07 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**          Provider:   Klang, K PharmD
Adding lab order

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-C-COVID-19 Novel Coronavirus | One Time | 12/31/2020 00:00 | Stat |
| Labs requested to be reviewed by: | Conroy, S. DO | | |
| Lab personnel verbally notified of a priority order of Today or Stat | | | |
| Lab Tests-C-COVID-19 Novel Coronavirus | One Time | 01/13/2021 00:00 | Routine |
| Labs requested to be reviewed by: | Conroy, S. DO | | |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** Yes     **By:** Conroy, S. DO
**Telephone or Verbal order read back and verified.**


Completed by Klang, K PharmD on 12/31/2020 08:29

Requested to be cosigned by  Conroy, S. DO.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SPOTTS, KELVIN ANDRE | | | Reg #: | 05613-088 |
| Date of Birth: | 10/22/1965 | Sex: | M | Race: | BLACK |
| Encounter Date: | 12/31/2020 08:27 | Provider: | Klang, K PharmD | Facility: | FLP |

**Cosigned by Resto, William MD/CD on 12/31/2020 09:27.**

# Bureau of Prisons
## Health Services
## Vitals All

| | | | | | |
|---|---|---|---|---|---|
| Begin Date: | 11/02/2020 | | End Date: | 03/22/2021 | |
| Reg #: | 05613-088 | | Inmate Name: | SPOTTS, KELVIN ANDRE | |

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 03/12/2021 | 11:05 FLX | 97.1 | 36.2 | Forehead | Campbell, N. RDH |

Denies any s/s of COVID 19(Cough, stuffy/runny nose, chills/fever, muscle aches/body aches, sore throat, loss of taste or smell, abdominal pain, NVD). Admits to having difficulty breathing.
**Orig Entered:** 03/12/2021 13:06 EST   Campbell, N. RDH

| | | | | | |
|---|---|---|---|---|---|
| 03/11/2021 | 10:31 FLX | 95.8 | 35.4 | Forehead | Gonzales, Michelle E.F.D.A. |

Denies any s/s of COVID-19
**Orig Entered:** 03/11/2021 12:32 EST   Gonzales, Michelle E.F.D.A.

| | | | | | |
|---|---|---|---|---|---|
| 03/10/2021 | 11:26 FLX | 97.0 | 36.1 | Forehead | Campbell, N. RDH |

Denies any s/s of COVID 19
(Cough, stuffy/runny nose, chills/fever, muscle aches/body aches, sore throat, loss of taste or smell, abdominal pain, NVD). Admits to having difficulty breathing.
**Orig Entered:** 03/10/2021 13:28 EST   Campbell, N. RDH

| | | | | | |
|---|---|---|---|---|---|
| 03/09/2021 | 11:51 FLX | 97.0 | 36.1 | | Campbell, N. RDH |

Denies any s/s of COVID 19
(Cough, shortness of breath, stuffy/runny nose, chills/fever, muscle aches/body aches, sore throat, loss of taste or smell, abdominal pain, NVD)
**Orig Entered:** 03/09/2021 13:52 EST   Campbell, N. RDH

| | | | | | |
|---|---|---|---|---|---|
| 03/08/2021 | 12:10 FLX | 96.2 | 35.7 | Forehead | Schouweiler, H. Dental Assistant |

Denies any S/S of Covid 19 ( Cough, shortness of breath, stuffy/runny nose, chills/fever, muscles aches/body aches, sore throat, loss of taste or smell, abdominal pain, NVD)
**Orig Entered:** 03/08/2021 14:11 EST   Schouweiler, H. Dental Assistant

| | | | | | |
|---|---|---|---|---|---|
| 03/07/2021 | 09:52 FLX | 96.8 | 36.0 | Temporal | Kammrad, J. EMT-P |

**Orig Entered:** 03/07/2021 11:53 EST   Kammrad, J. EMT-P

| | | | | | |
|---|---|---|---|---|---|
| 03/06/2021 | 11:20 FLX | 97.7 | 36.5 | Temporal | Bailey, Nicholas RN |

Denies any s/s of COVID 19
(Cough, shortness of breath, stuffy/runny nose, chills/fever, muscle aches/body aches, sore throat, loss of taste or smell, abdominal pain, NVD)
**Orig Entered:** 03/06/2021 13:21 EST   Bailey, Nicholas RN

| | | | | | |
|---|---|---|---|---|---|
| 03/05/2021 | 11:44 FLX | 97.6 | 36.4 | | Bayer, S. PA-C |

**Orig Entered:** 03/05/2021 13:46 EST   Bayer, S. PA-C

| | | | | | |
|---|---|---|---|---|---|
| 03/04/2021 | 14:15 FLX | 97.6 | 36.4 | | Bayer, S. PA-C |

**Orig Entered:** 03/04/2021 16:22 EST   Bayer, S. PA-C

| | | | | | |
|---|---|---|---|---|---|
| 03/04/2021 | 14:00 FLX | 98.0 | 36.7 | | Bayer, S. PA-C |

**Orig Entered:** 03/04/2021 16:22 EST   Bayer, S. PA-C

| | | | | | |
|---|---|---|---|---|---|
| 03/04/2021 | 13:45 FLX | 98.4 | 36.9 | | Bayer, S. PA-C |

**Orig Entered:** 03/04/2021 16:22 EST   Bayer, S. PA-C

| | | | | | |
|---|---|---|---|---|---|
| 03/04/2021 | 13:30 FLX | 97.9 | 36.6 | | Bayer, S. PA-C |

**Orig Entered:** 03/04/2021 15:40 EST   Bayer, S. PA-C

| | | | | | |
|---|---|---|---|---|---|
| 03/04/2021 | 13:15 FLX | 97.9 | 36.6 | | Bayer, S. PA-C |

**Orig Entered:** 03/04/2021 15:40 EST   Bayer, S. PA-C

| | | | | | |
|---|---|---|---|---|---|
| 03/04/2021 | 13:00 FLX | 98.0 | 36.7 | | Bayer, S. PA-C |

**Orig Entered:** 03/04/2021 15:40 EST   Bayer, S. PA-C

| | | | | | |
|---|---|---|---|---|---|
| 03/04/2021 | 12:45 FLX | 98.2 | 36.8 | | Bayer, S. PA-C |

| Begin Date: | 11/02/2020 | | End Date: | 03/22/2021 |
| Reg #: | 05613-088 | | Inmate Name: | SPOTTS, KELVIN ANDRE |

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|------|------|------------|---------|----------|----------|
| Orig Entered: | 03/04/2021 15:38 EST | | Bayer, S. PA-C | | |
| 03/04/2021 | 12:30 FLX | 98.0 | 36.7 | | Bayer, S. PA-C |
| Orig Entered: | 03/04/2021 14:32 EST | | Bayer, S. PA-C | | |
| 03/04/2021 | 12:15 FLX | 98.2 | 36.8 | | Bayer, S. PA-C |
| Orig Entered: | 03/04/2021 14:32 EST | | Bayer, S. PA-C | | |
| 03/04/2021 | 11:00 FLX | 97.1 | 36.2 | | Bayer, S. PA-C |
| Orig Entered: | 03/04/2021 14:32 EST | | Bayer, S. PA-C | | |
| 03/03/2021 | 13:58 FLX | 98.0 | 36.7 | | Bayer, S. PA-C |
| Orig Entered: | 03/03/2021 16:00 EST | | Bayer, S. PA-C | | |
| 03/02/2021 | 13:55 FLX | 97.0 | 36.1 | | Bayer, S. PA-C |
| Orig Entered: | 03/02/2021 15:56 EST | | Bayer, S. PA-C | | |
| 03/01/2021 | 11:57 FLX | 98.2 | 36.8 | Temporal | Bailey, Nicholas RN |
| Orig Entered: | 03/01/2021 13:59 EST | | Bailey, Nicholas RN | | |
| 02/25/2021 | 13:45 FLX | 97.6 | 36.4 | Oral | Bayer, S. PA-C |
| Orig Entered: | 02/25/2021 15:47 EST | | Bayer, S. PA-C | | |
| 02/23/2021 | 13:43 FLX | 97.0 | 36.1 | Forehead | Gonzales, Michelle E.F.D.A. |

Denies any s/sx COVID 19

Orig Entered: 02/23/2021 15:44 EST   Gonzales, Michelle E.F.D.A.

| 01/25/2021 | 09:33 FLX | 97.8 | 36.6 | | Norton, Jade DO |

Orig Entered: 01/25/2021 11:35 EST   Norton, Jade DO

| 01/13/2021 | 13:36 FLX | 96.6 | 35.9 | Temporal | Dilley, Carrie Dental Asst |

Denies any s/s of COVID 19
(Cough, shortness of breath, stuffy/runny nose, chills/fever, muscle aches/body aches, sore throat, loss of taste or smell, abdominal pain, NVD)

Orig Entered: 01/13/2021 15:37 EST   Dilley, Carrie Dental Asst

| 12/31/2020 | 08:12 FLX | 96.0 | 35.6 | Temporal | Bailey, Nicholas RN |

Orig Entered: 01/02/2021 10:13 EST   Bailey, Nicholas RN

Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|------|------|-----------------|----------|--------|----------|
| 03/07/2021 | 11:39 FLX | 89 | | | McGaugh, John (MAT) DO |
| Orig Entered: | 03/07/2021 13:41 EST | | McGaugh, John (MAT) DO | | |
| 03/06/2021 | 12:12 FLX | 83 | | | McGaugh, John (MAT) DO |
| Orig Entered: | 03/06/2021 14:14 EST | | McGaugh, John (MAT) DO | | |
| 03/05/2021 | 11:44 FLX | 90 | | | Bayer, S. PA-C |
| Orig Entered: | 03/05/2021 13:46 EST | | Bayer, S. PA-C | | |
| 03/04/2021 | 14:15 FLX | 77 | | | Bayer, S. PA-C |
| Orig Entered: | 03/04/2021 16:22 EST | | Bayer, S. PA-C | | |
| 03/04/2021 | 14:00 FLX | 62 | | | Bayer, S. PA-C |
| Orig Entered: | 03/04/2021 16:22 EST | | Bayer, S. PA-C | | |
| 03/04/2021 | 13:45 FLX | 68 | | | Bayer, S. PA-C |
| Orig Entered: | 03/04/2021 16:22 EST | | Bayer, S. PA-C | | |
| 03/04/2021 | 13:30 FLX | 73 | | | Bayer, S. PA-C |
| Orig Entered: | 03/04/2021 15:40 EST | | Bayer, S. PA-C | | |
| 03/04/2021 | 13:15 FLX | 62 | | | Bayer, S. PA-C |

| | | | | | |
|---|---|---|---|---|---|
| Begin Date: | 11/02/2020 | | End Date: | 03/22/2021 | |
| Reg #: | 05613-088 | | Inmate Name: | SPOTTS, KELVIN ANDRE | |

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| | **Orig Entered:** 03/04/2021 15:40 EST | | Bayer, S. PA-C | | |
| 03/04/2021 | 13:00 FLX | 72 | | | Bayer, S. PA-C |
| | **Orig Entered:** 03/04/2021 15:40 EST | | Bayer, S. PA-C | | |
| 03/04/2021 | 12:45 FLX | 81 | | | Bayer, S. PA-C |
| | **Orig Entered:** 03/04/2021 15:38 EST | | Bayer, S. PA-C | | |
| 03/04/2021 | 12:30 FLX | 68 | | | Bayer, S. PA-C |
| | **Orig Entered:** 03/04/2021 14:32 EST | | Bayer, S. PA-C | | |
| 03/04/2021 | 12:15 FLX | 72 | | | Bayer, S. PA-C |
| | **Orig Entered:** 03/04/2021 14:32 EST | | Bayer, S. PA-C | | |
| 03/04/2021 | 11:00 FLX | 76 | | | Bayer, S. PA-C |
| | **Orig Entered:** 03/04/2021 14:32 EST | | Bayer, S. PA-C | | |
| 03/03/2021 | 13:58 FLX | 90 | | | Bayer, S. PA-C |
| | **Orig Entered:** 03/03/2021 16:00 EST | | Bayer, S. PA-C | | |
| 03/02/2021 | 13:55 FLX | 104 | | | Bayer, S. PA-C |
| | **Orig Entered:** 03/02/2021 15:56 EST | | Bayer, S. PA-C | | |
| 03/01/2021 | 11:57 FLX | 107 | Radial | Regular | Bailey, Nicholas RN |
| | **Orig Entered:** 03/01/2021 13:59 EST | | Bailey, Nicholas RN | | |
| 02/25/2021 | 13:46 FLX | 108 | | | Bayer, S. PA-C |
| | **Orig Entered:** 02/25/2021 15:47 EST | | Bayer, S. PA-C | | |
| 02/25/2021 | 13:45 FLX | 130 | | | Bayer, S. PA-C |
| | **Orig Entered:** 02/25/2021 15:47 EST | | Bayer, S. PA-C | | |
| 01/25/2021 | 09:33 FLX | 78 | | | Norton, Jade DO |
| | **Orig Entered:** 01/25/2021 11:35 EST | | Norton, Jade DO | | |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/05/2021 | 11:44 FLX | 16 | Bayer, S. PA-C |
| | **Orig Entered:** 03/05/2021 13:46 EST | | Bayer, S. PA-C |
| 03/04/2021 | 14:15 FLX | 16 | Bayer, S. PA-C |
| | **Orig Entered:** 03/04/2021 16:22 EST | | Bayer, S. PA-C |
| 03/04/2021 | 14:00 FLX | 14 | Bayer, S. PA-C |
| | **Orig Entered:** 03/04/2021 16:22 EST | | Bayer, S. PA-C |
| 03/04/2021 | 13:45 FLX | 14 | Bayer, S. PA-C |
| | **Orig Entered:** 03/04/2021 16:22 EST | | Bayer, S. PA-C |
| 03/04/2021 | 13:30 FLX | 14 | Bayer, S. PA-C |
| | **Orig Entered:** 03/04/2021 15:40 EST | | Bayer, S. PA-C |
| 03/04/2021 | 13:15 FLX | 14 | Bayer, S. PA-C |
| | **Orig Entered:** 03/04/2021 15:40 EST | | Bayer, S. PA-C |
| 03/04/2021 | 13:00 FLX | 16 | Bayer, S. PA-C |
| | **Orig Entered:** 03/04/2021 15:40 EST | | Bayer, S. PA-C |
| 03/04/2021 | 12:45 FLX | 14 | Bayer, S. PA-C |
| | **Orig Entered:** 03/04/2021 15:38 EST | | Bayer, S. PA-C |

| Begin Date: | 11/02/2020 | End Date: | 03/22/2021 |
|---|---|---|---|
| Reg #: | 05613-088 | Inmate Name: | SPOTTS, KELVIN ANDRE |

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/04/2021 | 12:30 FLX | 14 | Bayer, S. PA-C |

**Orig Entered:** 03/04/2021 14:32 EST  Bayer, S. PA-C

| 03/04/2021 | 12:15 FLX | 14 | Bayer, S. PA-C |
|---|---|---|---|

**Orig Entered:** 03/04/2021 14:32 EST  Bayer, S. PA-C

| 03/04/2021 | 11:00 FLX | 14 | Bayer, S. PA-C |
|---|---|---|---|

**Orig Entered:** 03/04/2021 14:32 EST  Bayer, S. PA-C

| 03/03/2021 | 13:58 FLX | 18 | Bayer, S. PA-C |
|---|---|---|---|

**Orig Entered:** 03/03/2021 16:00 EST  Bayer, S. PA-C

| 03/02/2021 | 13:55 FLX | 20 | Bayer, S. PA-C |
|---|---|---|---|

**Orig Entered:** 03/02/2021 15:56 EST  Bayer, S. PA-C

| 03/01/2021 | 11:57 FLX | 40 | Bailey, Nicholas RN |
|---|---|---|---|

**Orig Entered:** 03/01/2021 13:59 EST  Bailey, Nicholas RN

| 02/25/2021 | 13:46 FLX | 34 | Bayer, S. PA-C |
|---|---|---|---|

**Orig Entered:** 02/25/2021 15:47 EST  Bayer, S. PA-C

| 02/25/2021 | 13:45 FLX | 36 | Bayer, S. PA-C |
|---|---|---|---|

**Orig Entered:** 02/25/2021 15:47 EST  Bayer, S. PA-C

| 01/25/2021 | 09:33 FLX | 16 | Norton, Jade DO |
|---|---|---|---|

**Orig Entered:** 01/25/2021 11:35 EST  Norton, Jade DO

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/05/2021 | 11:44 FLX | 112/64 | | | | Bayer, S. PA-C |

**Orig Entered:** 03/05/2021 13:46 EST  Bayer, S. PA-C

| 03/04/2021 | 14:15 FLX | 144/84 | | | | Bayer, S. PA-C |
|---|---|---|---|---|---|---|

**Orig Entered:** 03/04/2021 16:22 EST  Bayer, S. PA-C

| 03/04/2021 | 14:00 FLX | 140/86 | | | | Bayer, S. PA-C |
|---|---|---|---|---|---|---|

**Orig Entered:** 03/04/2021 16:22 EST  Bayer, S. PA-C

| 03/04/2021 | 13:45 FLX | 146/88 | | | | Bayer, S. PA-C |
|---|---|---|---|---|---|---|

**Orig Entered:** 03/04/2021 16:22 EST  Bayer, S. PA-C

| 03/04/2021 | 13:30 FLX | 132/94 | | | | Bayer, S. PA-C |
|---|---|---|---|---|---|---|

**Orig Entered:** 03/04/2021 15:40 EST  Bayer, S. PA-C

| 03/04/2021 | 13:15 FLX | 150/90 | | | | Bayer, S. PA-C |
|---|---|---|---|---|---|---|

**Orig Entered:** 03/04/2021 15:40 EST  Bayer, S. PA-C

| 03/04/2021 | 13:00 FLX | 138/94 | | | | Bayer, S. PA-C |
|---|---|---|---|---|---|---|

**Orig Entered:** 03/04/2021 15:40 EST  Bayer, S. PA-C

| 03/04/2021 | 12:45 FLX | 139/92 | | | | Bayer, S. PA-C |
|---|---|---|---|---|---|---|

**Orig Entered:** 03/04/2021 15:38 EST  Bayer, S. PA-C

| 03/04/2021 | 12:30 FLX | 136/90 | | | | Bayer, S. PA-C |
|---|---|---|---|---|---|---|

**Orig Entered:** 03/04/2021 14:32 EST  Bayer, S. PA-C

| 03/04/2021 | 12:15 FLX | 123/85 | | | | Bayer, S. PA-C |
|---|---|---|---|---|---|---|

**Orig Entered:** 03/04/2021 14:32 EST  Bayer, S. PA-C

| 03/04/2021 | 11:00 FLX | 132/90 | | | | Bayer, S. PA-C |
|---|---|---|---|---|---|---|

| Begin Date: | 11/02/2020 | | | End Date: | 03/22/2021 | |
|---|---|---|---|---|---|---|
| Reg #: | 05613-088 | | | Inmate Name: | SPOTTS, KELVIN ANDRE | |

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| **Orig Entered:** 03/04/2021 14:32 EST   Bayer, S. PA-C | | | | | | |
| 03/03/2021  13:58 FLX | | 114/80 | | | | Bayer, S. PA-C |
| **Orig Entered:** 03/03/2021 16:00 EST   Bayer, S. PA-C | | | | | | |
| 03/02/2021  13:55 FLX | | 112/73 | | | | Bayer, S. PA-C |
| **Orig Entered:** 03/02/2021 15:56 EST   Bayer, S. PA-C | | | | | | |
| 03/01/2021  11:57 FLX | | 118/76 | Left Arm | Sitting | Adult-regular | Bailey, Nicholas RN |
| **Orig Entered:** 03/01/2021 13:59 EST   Bailey, Nicholas RN | | | | | | |
| 02/25/2021  13:45 FLX | | 110/78 | | | | Bayer, S. PA-C |
| **Orig Entered:** 02/25/2021 15:47 EST   Bayer, S. PA-C | | | | | | |
| 01/25/2021  09:33 FLX | | 135/8 | | | | Norton, Jade DO |
| **Orig Entered:** 01/25/2021 11:35 EST   Norton, Jade DO | | | | | | |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 03/12/2021 | 11:05 FLX | 97 | Room Air | Campbell, N. RDH |
| **Orig Entered:** 03/12/2021 13:06 EST   Campbell, N. RDH | | | | |
| 03/11/2021 | 10:32 FLX | 94 | Room Air | Gonzales, Michelle E.F.D.A. |
| Denies any s/s of COVID-19 | | | | |
| **Orig Entered:** 03/11/2021 12:33 EST   Gonzales, Michelle E.F.D.A. | | | | |
| 03/10/2021 | 11:27 FLX | 96 | Room Air | Campbell, N. RDH |
| **Orig Entered:** 03/10/2021 13:28 EST   Campbell, N. RDH | | | | |
| 03/09/2021 | 11:51 FLX | 99 | | Campbell, N. RDH |
| **Orig Entered:** 03/09/2021 13:52 EST   Campbell, N. RDH | | | | |
| 03/08/2021 | 12:10 FLX | 93 | Room Air | Schouweiler, H. Dental Assistant |
| Denies any S/S of Covid 19 ( Cough, shortness of breath, stuffy/runny nose, chills/fever, muscles aches/body aches, sore throat, loss of taste or smell, abdominal pain, NVD) | | | | |
| **Orig Entered:** 03/08/2021 14:11 EST   Schouweiler, H. Dental Assistant | | | | |
| 03/07/2021 | 11:39 FLX | 92 | Room Air | McGaugh, John (MAT) DO |
| **Orig Entered:** 03/07/2021 13:41 EST   McGaugh, John (MAT) DO | | | | |
| 03/06/2021 | 12:12 FLX | 91 | Room Air | McGaugh, John (MAT) DO |
| **Orig Entered:** 03/06/2021 14:14 EST   McGaugh, John (MAT) DO | | | | |
| 03/06/2021 | 09:35 FLX | 98 | Oxygen 2 L | Bailey, Nicholas RN |
| **Orig Entered:** 03/06/2021 13:30 EST   Bailey, Nicholas RN | | | | |
| 03/05/2021 | 11:44 FLX | 96 | Oxygen 3 L | Bayer, S. PA-C |
| **Orig Entered:** 03/05/2021 13:46 EST   Bayer, S. PA-C | | | | |
| 03/04/2021 | 14:15 FLX | 96 | Oxygen 3 L | Bayer, S. PA-C |
| **Orig Entered:** 03/04/2021 16:22 EST   Bayer, S. PA-C | | | | |
| 03/04/2021 | 14:00 FLX | 97 | Oxygen 3 L | Bayer, S. PA-C |
| **Orig Entered:** 03/04/2021 16:22 EST   Bayer, S. PA-C | | | | |
| 03/04/2021 | 13:45 FLX | 98 | Oxygen 3 L | Bayer, S. PA-C |
| **Orig Entered:** 03/04/2021 16:22 EST   Bayer, S. PA-C | | | | |
| 03/04/2021 | 13:30 FLX | 96 | | Bayer, S. PA-C |
| **Orig Entered:** 03/04/2021 15:40 EST   Bayer, S. PA-C | | | | |
| 03/04/2021 | 13:30 FLX | 96 | Oxygen 3 L | Bayer, S. PA-C |
| **Orig Entered:** 03/04/2021 15:40 EST   Bayer, S. PA-C | | | | |

| Begin Date: | 11/02/2020 | | End Date: | 03/22/2021 | |
| Reg #: | 05613-088 | | Inmate Name: | SPOTTS, KELVIN ANDRE | |

| Date | Time | Value(%) | Air | Provider |
|------|------|----------|-----|----------|
| 03/04/2021 | 13:15 FLX | 98 | Oxygen 4 L | Bayer, S. PA-C |
| **Orig Entered:** 03/04/2021 15:40 EST   Bayer, S. PA-C | | | | |
| 03/04/2021 | 13:00 FLX | 98 | Oxygen 4 L | Bayer, S. PA-C |
| **Orig Entered:** 03/04/2021 15:40 EST   Bayer, S. PA-C | | | | |
| 03/04/2021 | 12:45 FLX | 96 | Oxygen 4 L | Bayer, S. PA-C |
| **Orig Entered:** 03/04/2021 15:38 EST   Bayer, S. PA-C | | | | |
| 03/04/2021 | 12:30 FLX | 99 | Oxygen 5 L | Bayer, S. PA-C |
| **Orig Entered:** 03/04/2021 14:32 EST   Bayer, S. PA-C | | | | |
| 03/04/2021 | 12:15 FLX | 98 | | Bayer, S. PA-C |
| **Orig Entered:** 03/04/2021 14:32 EST   Bayer, S. PA-C | | | | |
| 03/04/2021 | 11:00 FLX | 95 | Oxygen 5 L | Bayer, S. PA-C |
| **Orig Entered:** 03/04/2021 14:32 EST   Bayer, S. PA-C | | | | |
| 03/03/2021 | 13:58 FLX | 92 | Oxygen 5 L | Bayer, S. PA-C |
| **Orig Entered:** 03/03/2021 16:00 EST   Bayer, S. PA-C | | | | |
| 03/02/2021 | 13:55 FLX | 94 | Oxygen 4 L | Bayer, S. PA-C |
| **Orig Entered:** 03/02/2021 15:56 EST   Bayer, S. PA-C | | | | |
| 03/01/2021 | 11:58 FLX | 93 | Oxygen 4 L | Bailey, Nicholas RN |
| **Orig Entered:** 03/01/2021 13:59 EST   Bailey, Nicholas RN | | | | |
| 03/01/2021 | 11:57 FLX | 85 | Room Air | Bailey, Nicholas RN |
| **Orig Entered:** 03/01/2021 13:59 EST   Bailey, Nicholas RN | | | | |
| 02/25/2021 | 13:46 FLX | 91 | Oxygen 4 L | Bayer, S. PA-C |
| **Orig Entered:** 02/25/2021 15:47 EST   Bayer, S. PA-C | | | | |
| 02/25/2021 | 13:45 FLX | 80 | Room Air | Bayer, S. PA-C |
| **Orig Entered:** 02/25/2021 15:47 EST   Bayer, S. PA-C | | | | |
| 01/25/2021 | 09:33 FLX | 97 | | Norton, Jade DO |
| **Orig Entered:** 01/25/2021 11:35 EST   Norton, Jade DO | | | | |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|------|------|-----|-----|---------------|----------|
| 01/25/2021 | 09:33 FLX | 210.0 | 95.3 | | Norton, Jade DO |
| **Orig Entered:** 01/25/2021 11:35 EST   Norton, Jade DO | | | | | |

# Bureau of Prisons
## Health Services
### PPDs

Case No. 1:23-cv-00397-GPG-TPO   Document 1   filed 02/10/23   USDC Colorado   pg 99 of 134

Reg #:   05613-088      Inmate Name: SPOTTS, KELVIN ANDRE

| Admin: | Location | Provider | Reading: | Induration | Provider |
|---|---|---|---|---|---|
| 01/11/2021 19:40 | Left Forearm | Kammrad, J. EMT-P | 01/13/2021 13:17 | 0 mm | McCullough, Michael RN Clinical Nurse |
| Orig Entered: 01/11/2021 21:41 EST | | Kammrad, J. EMT-P | Orig Entered: 01/13/2021 15:17 EST | | McCullough, Michael RN Clinical Nurse |
| 02/10/2020 09:43 | Left Forearm | Bailey, Nicholas RN | 02/12/2020 15:16 | 0 mm | Garcia, Jenna RN |
| Orig Entered: 02/10/2020 11:44 EST | | Bailey, Nicholas RN | Orig Entered: 02/12/2020 17:16 EST | | Garcia, Jenna RN |
| 02/14/2019 08:05 | Left Forearm | Alms, Sara RN | 02/16/2019 10:18 | 0 mm | Kammrad, J. EMT-P |
| denies fever, cough, unexplained weight loss. | | | | | |
| Orig Entered: 02/14/2019 10:06 EST | | Alms, Sara RN | Orig Entered: 02/16/2019 12:18 EST | | Kammrad, J. EMT-P |
| 02/06/2018 10:56 | Left Forearm | Richard, Amanda LVN/CID | 02/08/2018 15:31 | 0 mm | Richard, Amanda LVN/CID |
| Orig Entered: 02/06/2018 11:58 EST | | Richard, Amanda LVN/CID | Orig Entered: 02/08/2018 16:31 EST | | Richard, Amanda LVN/CID |
| 02/28/2017 08:48 | Left Forearm | Lahaye, A. LVN | 03/02/2017 19:47 | 0 mm | Watts, C. RN |
| Orig Entered: 02/28/2017 09:49 EST | | Lahaye, A. LVN | Orig Entered: 03/02/2017 20:49 EST | | Watts, C. RN |
| 02/26/2016 17:48 | Left Forearm | Byrd, Timothy RN | 02/28/2016 08:07 | 0 mm | Byrd, Timothy RN |
| Orig Entered: 02/26/2016 18:49 EST | | Byrd, Timothy RN | Orig Entered: 02/28/2016 09:08 EST | | Byrd, Timothy RN |
| 02/20/2015 13:59 | Left Forearm | Young, Ruby LVN | 02/23/2015 10:10 | 0 mm | Young, Ruby LVN |
| Orig Entered: 02/20/2015 15:00 EST | | Young, Ruby LVN | Orig Entered: 02/23/2015 11:10 EST | | Young, Ruby LVN |
| 02/10/2014 19:01 | Left Forearm | Young, Ruby LVN | 02/13/2014 12:28 | 0 mm | Young, Ruby LVN |
| Orig Entered: 02/10/2014 20:02 EST | | Young, Ruby LVN | Orig Entered: 02/13/2014 13:29 EST | | Young, Ruby LVN |
| 11/13/2012 11:12 | Right Forearm | Bucklaw, Kimberly RN, | 11/15/2012 12:09 | 0 mm | Bucklaw, Kimberly RN, IDC/IOP |
| Orig Entered: 11/13/2012 11:13 EST | | Bucklaw, Kimberly RN, IDC/IOP | Orig Entered: 11/15/2012 12:09 EST | | Bucklaw, Kimberly RN, IDC/IOP |
| 10/12/2011 12:47 | Right Forearm | Bucklaw, Kimberly RN, | 10/14/2011 14:34 | 0 mm | Bucklaw, Kimberly RN, IDC/IOP |
| Orig Entered: 10/14/2011 12:48 EST | | Bucklaw, Kimberly RN, IDC/IOP | Orig Entered: 10/17/2011 14:34 EST | | Bucklaw, Kimberly RN, IDC/IOP |
| 10/13/2010 09:57 | Right Forearm | Michko, C. AHSA/NREMT-P | 10/15/2010 13:39 | 0 mm | Bucklaw, Kimberly RN, IDC/IOP |
| Orig Entered: 10/13/2010 10:00 EST | | Michko, C. AHSA/NREMT-P | Orig Entered: 10/15/2010 13:39 EST | | Bucklaw, Kimberly RN, IDC/IOP |
| 10/28/2009 09:11 | Left Forearm | Stephens, K. RN/QI/SER | 11/01/2009 10:31 | 0 mm | Barnett, V. RN |
| Orig Entered: 10/28/2009 09:12 EST | | Stephens, K. RN/QI/SER | Orig Entered: 11/01/2009 10:31 EST | | Barnett, V. RN |
| 10/28/2008 10:28 | Left Forearm | Stephens, K. RN/QI/SER | 10/30/2008 10:12 | 0 mm | Stephens, K. RN/QI/SER |
| Orig Entered: 10/28/2008 10:29 EST | | Stephens, K. RN/QI/SER | Orig Entered: 10/30/2008 10:12 EST | | Stephens, K. RN/QI/SER |

Total: 13

Generated 04/06/2021 09:03 by Nation, Skylar HIT      Bureau of Prisons - FLP

| | Start Date: | 11/02/2020 | | Stop Date: | 03/22/2021 | |
|---|---|---|---|---|---|---|
| | Reg #: | 05613-088 | | Inmate Name: | SPOTTS, KELVIN ANDRE | |

| Device/Equipment | Start Date | Stop Date | Date Returned | Obtained From | Comments |
|---|---|---|---|---|---|
| Dentures | | | | | |
| 08/15/2018 20:09 EST Fruge, Jacinda RN | 08/15/2018 | | | BOP | |
| Eye Glasses | | | | | |
| 09/29/2017 10:19 EST Durham, Cassandra CCA | 09/29/2017 | | | BOP | |

Total: 2

Case No. 1:23-cv-00397-GPG-TPO Document 1 filed 02/10/23 USDC Colorado pg 100 of 134

Case No. 1:23-cv-00397-GPG-TPO   Document 1   filed 02/10/23   USDC Colorado   pg 101 of 134

# Bureau of Prisons
# Health Services
# Pain Management

| Begin Date: | 11/02/2020 | End Date: | 03/22/2021 |
| Reg #: | 05613-088 | Inmate Name: | SPOTTS, KELVIN ANDRE |

| Date | Intervention | Pain Quality | Location | Pre | Post | Provider |
|---|---|---|---|---|---|---|
| 02/25/2021 13:42 FLX  see note | | Pressure-like | Back-Upper | 6 | | Bayer, S. PA-C |

**Orig Entered:** 02/25/2021 15:45 EST   Bayer, S. PA-C

# Bureau of Prisons
## Health Services
### Allergies

Reg #:  05613-088                     Inmate Name:  SPOTTS, KELVIN ANDRE

| Allergy | Date Noted | Reaction |
|---|---|---|
| No Known Allergies | 04/03/2008 | |

      **Orig Entered:**  04/03/2008 21:02 EST   Burchett, B. RN

**Total:** 1

# Bureau of Prisons
# Health Services
# Patient Education Assessments & Topics

**Reg #:** 05613-088          **Inmate Name:** SPOTTS, KELVIN ANDRE

## Assessments

| Assessment Date | Learns Best By | Primary Language | Years of Education | Barriers To Education | | Provider |
|---|---|---|---|---|---|---|

**Total:** 0

## Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| 03/07/2021 | Counseling | Diagnosis | Verbalizes Understanding | McGaugh, John |
| Orig Entered: 03/07/2021 13:43 EST McGaugh, John (MAT) | | | | |
| 03/06/2021 | Counseling | Diagnosis | Verbalizes Understanding | McGaugh, John |
| Orig Entered: 03/06/2021 14:56 EST McGaugh, John (MAT) | | | | |
| 03/05/2021 | Counseling | Access to Care | Verbalizes Understanding | Bayer, S. |
| Orig Entered: 03/05/2021 13:49 EST Bayer, S. | | | | |
| 03/04/2021 | Counseling | Access to Care | Verbalizes Understanding | Bayer, S. |
| Orig Entered: 03/04/2021 15:43 EST Bayer, S. | | | | |
| 03/04/2021 | Counseling | New Medication | Verbalizes Understanding | Bayer, S. |
| Orig Entered: 03/04/2021 15:43 EST Bayer, S. | | | | |
| 03/04/2021 | Counseling | Equip/Device Instructions | Verbalizes Understanding | Bayer, S. |
| Orig Entered: 03/04/2021 15:44 EST Bayer, S. | | | | |
| 03/04/2021 | Counseling | Medication Side Effects | Verbalizes Understanding | Bayer, S. |
| Orig Entered: 03/04/2021 15:44 EST Bayer, S. | | | | |
| 03/03/2021 | Counseling | Access to Care | Verbalizes Understanding | Bayer, S. |
| Orig Entered: 03/03/2021 16:02 EST Bayer, S. | | | | |
| 03/02/2021 | Counseling | Access to Care | Verbalizes Understanding | Bayer, S. |
| Orig Entered: 03/02/2021 16:10 EST Bayer, S. | | | | |
| 03/01/2021 | Counseling | Access to Care | Verbalizes Understanding | Bailey, Nicholas |
| Orig Entered: 03/01/2021 14:44 EST Bailey, Nicholas | | | | |
| 02/25/2021 | Counseling | Access to Care | Verbalizes Understanding | Bayer, S. |

# Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| | **Orig Entered:** 02/25/2021 15:53 EST Bayer, S. | | | |
| 01/25/2021 | Counseling | Access to Care | Verbalizes Understanding | Norton, Jade |
| | **Orig Entered:** 01/25/2021 11:39 EST Norton, Jade | | | |

**Total:** 12

Case No. 1:23-cv-00397-GPG-TPO   Document 1   filed 02/10/23   USDC Colorado   pg 104 of 134

| Reg #: 05613-088 | Inmate Name: SPOTTS, KELVIN ANDRE |
|---|---|

## Current

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Hypertension, Benign Essential** | | | | | | |
| 09/29/2020 14:50 EST  Resto, William MD/CD | III | ICD-9 | 401.1 | 05/20/2010 | Current | 05/20/2010 |
| 10/03/19  B P 148/90mmHg, no chf symptoms, no chest pain. Creat 1.72, gfr 42, Will do 24 hr urine creat/protein.09/29/20 BP well controlled. | | | | | | |
| 10/03/2019 11:56 EST  Resto, William MD/CD | III | ICD-9 | 401.1 | 05/20/2010 | Current | 05/20/2010 |
| 10/03/19  B P 148/90mmHg, no chf symptoms, no chest pain. Creat 1.72, gfr 42, Will do 24 hr urine creat/protein | | | | | | |
| 05/20/2010 13:11 EST  Zagula, Matthew PA-C | III | ICD-9 | 401.1 | 05/20/2010 | Current | 05/20/2010 |
| **Esophageal reflux** | | | | | | |
| 09/29/2020 14:50 EST  Resto, William MD/CD | III | ICD-9 | 530.81 | 07/21/2009 | Current | 09/24/2015 |
| 10/03/19  no abd pain, no weigh los, no rectal bleeding, no, dysphagia. Sometimes heartburn. 09/29/20  no abd pain, no heartburn, no weight loss | | | | | | |
| 10/03/2019 11:56 EST  Resto, William MD/CD | III | ICD-9 | 530.81 | 07/21/2009 | Current | 09/24/2015 |
| 10/03/19  no abd pain, no weigh los, no rectal bleeding, no, dysphagia. Sometimes heartburn | | | | | | |
| 07/21/2009 11:17 EST  Caddell, Scott PA-C | III | ICD-9 | 530.81 | 07/21/2009 | Current | 07/21/2009 |
| **Osteoarthosis unspec sites not spec generalized** | | | | | | |
| 09/29/2020 14:50 EST  Resto, William MD/CD | III | ICD-9 | 715.80 | 2010 | Current | 01/10/2014 |
| 10/03/19 No acute bones pain, no joint pain or swelling.09/29/20  No bones pain/swelling/effusion | | | | | | |
| 10/03/2019 11:56 EST  Resto, William MD/CD | III | ICD-9 | 715.80 | 2010 | Current | 01/10/2014 |
| 10/03/19 No acute bones pain, no joint pain or swelling | | | | | | |
| 01/10/2014 12:46 EST  Polavarapu, Sreedhar MD | III | ICD-9 | 715.80 | 2010 | Current | 01/10/2014 |
| **Psychosocial and environmental problems** | | | | | | |
| 10/03/2019 11:56 EST  Resto, William MD/CD | IV | ICD-9 | Axis IV | 07/29/2010 | Current | 07/29/2010 |
| 10/03/19 Denies suicide ideas. | | | | | | |
| 07/29/2010 15:09 EST  Zagula, Matthew PA-C | III | ICD-9 | Axis IV | 07/29/2010 | Current | 07/29/2010 |
| **Dermatophytosis [tinea, ringworm]** | | | | | | |
| 11/14/2018 16:51 EST  Seroski, Jennifer PA-C | | ICD-10 | B359 | 11/14/2018 | Current | |
| **Candidiasis** | | | | | | |
| 07/29/2019 14:03 EST  McClinton, C. PA-C | | ICD-10 | B379 | 07/29/2019 | Current | |
| **Obesity** | | | | | | |

Case No. 1:23-cv-00397-GPG-TPO   Document 1   filed 02/10/23   USDC Colorado   pg 105 of 134

Reg #:  05613-088                    Inmate Name:  SPOTTS, KELVIN ANDRE

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 09/29/2020 14:50 EST  Resto, William MD/CD | | ICD-10 | E669 | 09/29/2020 | Current | |
| 09/29/20  BMI 34.4%, advise weight loss, exercise, healthy diet, no smoking | | | | | | |
| Hyperlipidemia, unspecified | | ICD-10 | E785 | 10/03/2019 | Current | |
| 09/29/2020 14:50 EST  Resto, William MD/CD | | | | | | |
| Jan 2019 Cholesterol 210, triglys 234, hdl 48, ldl 115 Advise weight loss, avoid sweet. Avoid smoking. Exercise daily, healthy diet.09/29/20 no myalgia | | | | | | |
| 10/03/2019 12:01 EST  Resto, William MD/CD | | ICD-10 | E785 | 10/03/2019 | Current | |
| Jan 2019  Cholesterol 210, triglys 234, hdl 48, ldl 115, Advise weight loss, avoid sweet. Avoid smoking. Exercise daily, healthy diet | | | | | | |
| Hypermetropia | | ICD-10 | H5200 | 12/18/2018 | Current | |
| 12/18/2018 14:15 EST   Johnson, Gene OD | | | | | | |
| with presbyopia | | | | | | |
| Presbyopia | | ICD-10 | H524 | 03/31/2021 | Current | |
| 03/31/2021 14:59 EST  Clough, S. OD | | | | | | |
| Pulmonary embolism | | ICD-10 | I2699 | 03/02/2021 | Current | |
| 03/02/2021 16:09 EST  Bayer, S. PA-C | | | | | | |
| Unspecified bacterial pneumonia | | ICD-10 | J159 | 03/02/2021 | Current | |
| 03/02/2021 16:09 EST  Bayer, S. PA-C | | | | | | |
| Dental caries on pit and fissure surface penetrat into pulp | | ICD-10 | K0253 | 06/12/2018 | Current | |
| 06/12/2018 17:01 EST  Driver, Gary DDS | | | | | | |
| Necrosis of pulp | | ICD-10 | K041 | 06/20/2018 | Current | |
| 06/20/2018 14:38 EST  Driver, Gary DDS | | | | | | |
| Diaphragmatic hernia | | ICD-10 | K449 | 04/16/2019 | Current | |
| 09/29/2020 14:50 EST  Resto, William MD/CD | | | | | | |
| 10/03/19  no abd pain, no choking, no vomits, no nausea. 09/29/20  no abd pain, no vomits. | | | | | | |
| 10/03/2019 11:56 EST  Resto, William MD/CD | | ICD-10 | K449 | 04/16/2019 | Current | |
| 10/03/19  no abd pain, no choking, no vomits, no nausea, | | | | | | |
| 04/16/2019 15:26 EST  Camacho, R. MLP | | ICD-10 | K449 | 04/16/2019 | Current | |
| Atopic dermatitis, unspecified | | ICD-10 | L209 | 07/29/2019 | Current | |
| 09/29/2020 14:50 EST  Resto, William MD/CD | | | | | | |
| bilateral hands. 09/29/20  Keep  hand moisterized | | | | | | |
| 07/29/2019 13:52 EST  McClinton, C. PA-C | | ICD-10 | L209 | 07/29/2019 | Current | |
| bilateral hands | | | | | | |
| Psoriasis, unspecified | | | | | | |

Generated 04/06/2021 09.03 by Nation, Skylar HIT                    Bureau of Prisons - FLP

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 07/14/2020 14:12 EST Norton, Jade DO | | ICD-10 | L409 | 07/14/2020 | Current | |
| Gout, unspecified | | | | | | |
| 09/29/2020 14:50 EST Resto, William MD/CD | | ICD-10 | M109 | 10/23/2018 | Current | |
|     10/03/19 No swelling, no redness/erythema, no great toe pain. 09/29/20 no foot pain/no toes pain /swelling/erythema | | | | | | |
| 10/03/2019 11:56 EST Resto, William MD/CD | | ICD-10 | M109 | 10/23/2018 | Current | |
|     10/03/19 No swelling, no redness/erythema, no great toe pain | | | | | | |
| 10/23/2018 15:52 EST Sterett, Justin MD | | ICD-10 | M109 | 10/23/2018 | Current | |
| Cervicalgia | | | | | | |
| 09/29/2020 14:50 EST Resto, William MD/CD | | ICD-10 | M542 | 11/27/2019 | Current | |
|     09/29/20 No neck pain, no visual disturbances/ no headache | | | | | | |
| 11/27/2019 10:40 EST McClinton, C. PA-C | | ICD-10 | M542 | 11/27/2019 | Current | |
| Chronic kidney disease, stage 3 (moderate) | | | | | | |
| 09/29/2020 14:50 EST Resto, William MD/CD | | ICD-10 | N183 | 08/23/2018 | Current | |
|     Creat 1.72, GFR 42, Need control BP. 02/20/20 Creat 1.79, no symptoms. | | | | | | |
| 10/03/2019 11:56 EST Resto, William MD/CD | | ICD-10 | N183 | 08/23/2018 | Current | |
|     Crteat 1.72, GFR 42, Need control BP. | | | | | | |
| 08/23/2018 09:20 EST He, Dandan MD | | ICD-10 | N183 | 08/23/2018 | Current | |
| Shortness of breath | | | | | | |
| 02/25/2021 15:52 EST Bayer, S. PA-C | | ICD-10 | R0602 | 02/25/2021 | Current | |
|     R/O PE | | | | | | |
| Dental examination | | | | | | |
| 01/22/2009 08:53 EST Lynch, J. DMD | III | ICD-9 | V72.2 | 01/22/2009 | Current | 01/22/2009 |
|     Observe #27 for changes in symptoms. | | | | | | |

## Remission

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Depressive DO, not elsewhere classified | | | | | | |
| 09/29/2020 14:50 EST Resto, William MD/CD | I | ICD-9 | 311 | 2007 | Remission | 09/04/2018 |
|     on Prozac.10/13/19 Denies suicide ideas.09/29/20 Denies suicide ideas | | | | | | |
| 10/03/2019 11:56 EST Resto, William MD/CD | I | ICD-9 | 311 | 2007 | Remission | 09/04/2018 |
|     on Prozac.10/13/19 Denies suicide ideas | | | | | | |
| 09/04/2018 09:49 EST Parker, Lou NP | I | ICD-9 | 311 | 2007 | Remission | 09/04/2018 |
|     on Prozac | | | | | | |
| 09/18/2017 10:52 EST Polavarapu, Sreedhar MD | I | ICD-9 | 311 | 2007 | Current | 11/10/2008 |
|     on Prozac | | | | | | |
| 11/10/2008 13:13 EST Bryant, A. PA-C | III | ICD-9 | 311 | 2007 | Current | 11/10/2008 |

Case No. 1:23-cv-00397-GPG-TPO Document 1 107 of 134 filed 02/10/23 USDC Colorado pg

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|

## Resolved

**Helicobacter pylori (H. pylori)**

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 02/23/2016 07:20 EST   SYSTEM | III | ICD-9 | 041.86 | 03/12/2009 | Resolved | 10/03/2014 |
| 10/03/2014 14:18 EST   Polavarapu, Sreedhar MD | III | ICD-9 | 041.86 | 03/12/2009 | Resolved | 10/03/2014 |
| 03/12/2009 16:17 EST   Vazquez-Velazquez, Jorge MD, MXR Physician | III | ICD-9 | 041.86 | 03/12/2009 | Remission | 03/12/2009 |

**Plantar wart**

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 02/23/2016 07:20 EST   SYSTEM | III | ICD-9 | 078.12 | 01/28/2010 | Resolved | 10/03/2014 |
| 10/03/2014 14:18 EST   Polavarapu, Sreedhar MD | III | ICD-9 | 078.12 | 01/28/2010 | Resolved | 10/03/2014 |
| 01/28/2010 17:46 EST   Lowry, R. T. MD | III | ICD-9 | 078.12 | 01/28/2010 | Current | 01/28/2010 |

**Dermatophytosis of nail (Tinea unguium)**

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 09/20/2016 13:28 EST   Polavarapu, Sreedhar MD | III | ICD-9 | 110.1 | 03/12/2009 | Resolved | 09/20/2016 |
| 10/03/2014 14:18 EST   Polavarapu, Sreedhar MD | III | ICD-9 | 110.1 | 03/12/2009 | Current | 03/12/2009 |
| 03/12/2009 16:52 EST   Vazquez-Velazquez, Jorge MD, MXR Physician | III | ICD-9 | 110.1 | 03/12/2009 | Current | 03/12/2009 |

Present Onychomycosis very difficult to treat.

**Acute gouty arthropathy**

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 02/23/2016 07:20 EST   SYSTEM | III | ICD-9 | 274.01 | 06/09/2010 | Resolved | 10/03/2014 |
| 10/03/2014 14:18 EST   Polavarapu, Sreedhar MD | III | ICD-9 | 274.01 | 06/09/2010 | Remission | 10/03/2014 |
| 06/09/2010 15:01 EST   Zagula, Matthew PA-C | III | ICD-9 | 274.01 | 06/09/2010 | Current | 06/09/2010 |

**External hemorrhoids without mention of comp**

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 02/23/2016 07:20 EST   SYSTEM | III | ICD-9 | 455.3 | 08/25/2011 | Resolved | 10/03/2014 |
| 10/03/2014 14:18 EST   Polavarapu, Sreedhar MD | III | ICD-9 | 455.3 | 08/25/2011 | Resolved | 10/03/2014 |
| 08/25/2011 09:07 EST   Holloway, McDaniel MD | III | ICD-9 | 455.3 | 08/25/2011 | Current | 08/25/2011 |

**Reflux esophagitis**

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 09/20/2016 13:28 EST   Polavarapu, Sreedhar MD | III | ICD-9 | 530.11 | 2013 | Resolved | 09/20/2016 |
| 01/10/2014 12:46 EST   Polavarapu, Sreedhar MD | III | ICD-9 | 530.11 | 2013 | Current | 01/10/2014 |

**Chronic kidney disease, Stage II (mild)**

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 09/04/2018 09:49 EST   Parker, Lou NP<br>creat= 1.6 [from HTN], eGFR=55 | III | ICD-9 | 585.2 | 2014 | Resolved | 09/04/2018 |
| 09/18/2017 10:52 EST   Polavarapu, Sreedhar MD<br>creat= 1.6 [from HTN], eGFR=55 | III | ICD-9 | 585.2 | 2014 | Current | 09/24/2015 |
| 09/20/2016 13:28 EST   Polavarapu, Sreedhar MD<br>creat= 1.6 | III | ICD-9 | 585.2 | 2014 | Current | 09/24/2015 |
| 09/24/2015 14:41 EST   Polavarapu, Sreedhar MD | III | ICD-9 | 585.2 | 2014 | Current | 09/24/2015 |

**Dermatitis/eczema due to unspecified cause**

Case No. 1:23-cv-00397-GPG-TPO   Document 1   filed 02/10/23   USDC Colorado   pg 108 of 134

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 07/16/2018 12:29 EST  Polavarapu, Sreedhar MD | III | ICD-9 | 692.9 | 2012 | Resolved | 07/16/2018 |
| 05/10/2018 15:37 EST  Cockerham, A. FNP | III | ICD-9 | 692.9 | 2012 | Current | 05/10/2018 |
| 09/18/2017 10:52 EST  Polavarapu, Sreedhar MD | III | ICD-9 | 692.9 | 2012 | Resolved | 09/18/2017 |
| 09/24/2015 14:41 EST  Polavarapu, Sreedhar MD | III | ICD-9 | 692.9 | 2012 | Remission | 09/24/2015 |
| 10/03/2014 14:18 EST  Polavarapu, Sreedhar MD | III | ICD-9 | 692.9 | 2012 | Current | 10/03/2014 |
| **Oth spec hypertrophic and atrophic skin conditions** | | | | | | |
| 07/16/2018 12:29 EST  Polavarapu, Sreedhar MD | III | ICD-9 | 701.8 | 01/10/2014 | Resolved | 07/16/2018 |
| 05/10/2018 15:37 EST  Cockerham, A. FNP | III | ICD-9 | 701.8 | 01/10/2014 | Current | 05/10/2018 |
| 09/24/2015 14:41 EST  Polavarapu, Sreedhar MD | III | ICD-9 | 701.8 | 01/10/2014 | Resolved | 09/24/2015 |
| 01/10/2014 12:54 EST  Polavarapu, Sreedhar MD | III | ICD-9 | 701.8 | 01/10/2014 | Current | 01/10/2014 |
| **Ankylosis of joint** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 718.5 | 11/20/2009 | Resolved | 10/03/2014 |
| 10/03/2014 14:18 EST  Polavarapu, Sreedhar MD | III | ICD-9 | 718.5 | 11/20/2009 | Resolved | 10/03/2014 |
| 11/20/2009 13:28 EST  Lowry, R. T. MD | III | ICD-9 | 718.5 | 11/20/2009 | Current | 11/20/2009 |
| **Deferred** | | | | | | |
| 08/23/2018 09:43 EST  Parker, Lou NP | II | ICD-9 | Axis II: | 07/29/2010 | Resolved | 08/23/2018 |
| 07/29/2010 15:09 EST  Zagula, Matthew PA-C | III | ICD-9 | Axis II: | 07/29/2010 | Current | 07/29/2010 |
| **Tinea cruris** | | | | | | |
| 07/16/2018 12:29 EST  Polavarapu, Sreedhar MD | | ICD-10 | B356 | 12/08/2017 | Resolved | 07/16/2018 |
| 12/08/2017 12:40 EST  Cockerham, A. FNP | | ICD-10 | B356 | 12/08/2017 | Current | |
| **Candidiasis** | | | | | | |
| 09/18/2017 10:52 EST  Polavarapu, Sreedhar MD | | ICD-10 | B379 | 08/11/2017 | Resolved | 09/18/2017 |
| 08/11/2017 13:19 EST  Cockerham, A. FNP | | ICD-10 | B379 | 08/11/2017 | Current | |
| **GAF 51 - 70** | | | | | | |
| 08/23/2018 09:43 EST  Parker, Lou NP | V | ICD-9 | G3 | 05/06/2011 | Resolved | 08/23/2018 |
| 05/06/2011 18:50 EST  Holloway, McDaniel MD | III | ICD-9 | G3 | 05/06/2011 | Current | 05/06/2011 |
| **Pneumonia due to coronavirus disease 2019** | | | | | | |
| 03/07/2021 13:43 EST  McGaugh, John DO | | ICD-10 | J1282 | 03/06/2021 | Resolved | 03/07/2021 |
| 03/06/2021 14:55 EST  McGaugh, John DO | | ICD-10 | J1282 | 03/06/2021 | Current | |
| **Complete loss of teeth** | | | | | | |
| 11/14/2018 15:49 EST  Roberts, N. DDS | | ICD-10 | K081 | 11/14/2018 | Resolved | 11/14/2018 |
| **Ingrowing nail** | | | | | | |
| 09/18/2017 10:52 EST  Polavarapu, Sreedhar MD | | ICD-10 | L600 | 08/11/2017 | Resolved | 09/18/2017 |
| left great toe | | | | | | |
| 09/11/2017 12:55 EST  Cockerham, A. FNP | | ICD-10 | L600 | 08/11/2017 | Current | |

Case No. 1:23-cv-00397-GPG-TPO   Document 1   filed 02/10/23   USDC Colorado   pg 109 of 134

| Reg #: 05613-088 | Inmate Name: SPOTTS, KELVIN ANDRE |
|---|---|

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| left great toe | | | | | | |
| 08/11/2017 13:19 EST  Cockerham, A. FNP | | ICD-10 | L600 | 08/11/2017 | Current | |
| right great toe | | | | | | |
| Confirmed case COVID-19 | | | | | | |
| 03/15/2021 15:57 EST  Hendricks, S. RN | | ICD-10 | U07.1 | 03/02/2021 | Resolved | 03/15/2021 |
| Abbott 3/1/21 | | | | | | |
| 03/02/2021 16:09 EST  Bayer, S. PA-C | | ICD-10 | U07.1 | 03/02/2021 | Current | |
| Abbott 3/1/21 | | | | | | |
| Gen psych exam, see health prob list | | | | | | |
| 08/23/2018 09:43 EST  Parker, Lou NP | III | ICD-9 | V70.2 | 05/06/2011 | Resolved | 08/23/2018 |
| 05/06/2011 18:49 EST  Holloway, McDaniel MD | III | ICD-9 | V70.2 | 05/06/2011 | Current | 05/06/2011 |
| Screening for gout | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | V77.5 | 04/26/2010 | Resolved | 04/26/2010 |
| 04/26/2010 09:51 EST  Zagula, Matthew PA-C | III | ICD-9 | V77.5 | 04/26/2010 | Current | 04/26/2010 |

**Total:** 43

# Bureau of Prisons
# Health Services
# Vision Screens

---

Reg #:  05613-088                    Inmate Name:   SPOTTS, KELVIN ANDRE

---

**Vision Screen on** 12/18/2018 12:11

**Blindness:**

**Distance Vision:** OD:                    OS:                    OU:

**Near Vision:**    OD:                    OS:                    OU:

**With Corrective**

**Distance Vision:** OD: 20/20            OS:  20/20            OU:

**Near Vision:**    OD:                    OS:                    OU:

**Present Glasses - Distance**                    **Refraction - Distance**

|       | Sphere | Cylinder | Axis | Add   |       | Sphere | Cylinder | Axis | Add    |
|-------|--------|----------|------|-------|-------|--------|----------|------|--------|
| R:    | +0.75  |          |      | +2.5  | R:    | +1.25  |          |      | +2.25  |
| L:    | +0.75  |          |      | +2.5  | L:    | +1.25  |          |      | +2.25  |

**Color Test:**

**Tonometry:**  R:  16          L:  16

**Comments:** @ 1115

**Orig Entered:**  12/18/2018 14:13 EST   Johnson, Gene OD

---

# Bureau of Prisons
## Health Services
## COVID-19 RNA

| Begin Date: | 11/02/2020 | End Date: | 03/22/2021 |
|---|---|---|---|
| Reg #: | 05613-088 | Inmate Name: | SPOTTS, KELVIN ANDRE |

(Reference Range - Negative)

| **Effective Date** | **COVID-19 RNA** | | **Provider** |
|---|---|---|---|
| 03/01/2021 14:22 FLX | Positive | Symptomatic | Bailey, Nicholas RN |

SOB due to recent return form hospital after being treated for pneumonia and multiple PEs

**Orig Entered:**   03/01/2021 16:23 EST   Bailey, Nicholas RN

**Total:** 1

## Bureau of Prisons
## Health Services
## COVID-19 AG

| | | | |
|---|---|---|---|
| Begin Date: | 11/02/2020 | End Date: | 03/22/2021 |
| Reg #: | 05613-088 | Inmate Name: | SPOTTS, KELVIN ANDRE |

(Reference Range - Negative)

| **Effective Date** | **COVID-19 AG** | | **Provider** |
|---|---|---|---|
| 02/23/2021 13:30 FLX | Negative | Asymptomatic | Lindsey, K. RN |

      **Orig Entered:**   02/23/2021 15:31 EST   Lindsey, K. RN

**Total:**  1

# Bureau of Prisons
# Health Services
# Medication Summary
# Historical

| | | | | | |
|---|---|---|---|---|---|
| Complex: | FLX--FLORENCE FCC | Begin Date: | 11/02/2020 | End Date: | 03/22/2021 |
| Inmate: | SPOTTS, KELVIN ANDRE | Reg #: | 05613-088 | Quarter: | E07-209L |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:**                        Denied

## Active Prescriptions

amLODIPine  5 MG TAB
Take one tablet (5 MG) by mouth each evening
**Rx#:**  292163-FLX        **Doctor:**  Resto, William MD/CD
**Start:**  09/29/20        **Exp:**  09/29/21                **Pharmacy Dispensings:** 180 TAB in 189 days

Apixaban 5 MG Tablet
Take two tablets (10 MG) by mouth twice daily for 7 days -- then refill for new script
**Rx#:**  300581-FLX        **Doctor:**  Norton, Jade DO
**Start:**  03/01/21        **Exp:**  03/08/21                **Pharmacy Dispensings:** 28 TAB in 7 days

Apixaban 5 MG Tablet
Take one tablet (5 MG) by mouth twice daily
**Rx#:**  300582-FLX        **Doctor:**  Norton, Jade DO
**Start:**  03/05/21        **Exp:**  09/01/21                **Pharmacy Dispensings:** 120 TAB in 32 days

Azithromycin Tab 250 MG
Take one tablet (250 MG) by mouth each day for 2 days
**Rx#:**  300583-FLX        **Doctor:**  Norton, Jade DO
**Start:**  03/01/21        **Exp:**  03/03/21                **Pharmacy Dispensings:** 2 TAB in 2 days

Cefdinir 300MG Cap
Take one capsule (300 MG) by mouth twice daily for 5 days
**Rx#:**  300608-FLX        **Doctor:**  Norton, Jade DO
**Start:**  03/02/21        **Exp:**  03/07/21                **Pharmacy Dispensings:** 10 CAP in 5 days

Lisinopril 10 MG Tab
Take one tablet (10 MG) by mouth each evening
**Rx#:**  292164-FLX        **Doctor:**  Resto, William MD/CD
**Start:**  09/29/20        **Exp:**  09/29/21                **Pharmacy Dispensings:** 180 TAB in 189 days

Triamcinolone 0.1%  15 GM Cream
Apply a small amount topically to the affected area(s) twice daily  use for 14 days, then stop using it for 14 days, use again AS NEEDED
**Rx#:**  298253-FLX        **Doctor:**  Norton, Jade DO
**Start:**  01/25/21        **Exp:**  04/25/21                **Pharmacy Dispensings:** 45 GM in 71 days

| | | |
|---|---|---|
| Complex: FLX--FLORENCE FCC | Begin Date: 11/02/2020 | End Date: 03/22/2021 |
| Inmate: SPOTTS, KELVIN ANDRE | Reg #: 05613-088 | Quarter: E07-209L |

## Active Prescriptions

Casirivimab -Imdevimab 1200/1200 MG Injection[1200 MG]
Vol: 250 ML   Freq:
Infuse Over: 60.00 minutes   Flowrate: 250 ml/hr

**Rx#:** 300812-FLX    **Doctor:** Bayer, S. PA-C

**Start:** 03/04/21    **Exp:** 03/04/21

Casirivimab -Imdevimab 1200/1200 MG Injection

***pill line*** Dilute with 250ml 0.9% sodium chloride and IMMEDIATELY infuse 1200/1200mg via IV infusion pump or gravity over at least 60 minutes ***pill line***

**Rx#:** 300813-FLX    **Doctor:** Bayer, S. PA-C

**Start:** 03/04/21    **Exp:** 03/05/21    **Pharmacy Dispensings:** 0  in 1 day

## Active OTC

| Medication | OTC Source | Start Date | Stop Date |
|---|---|---|---|
| Naproxen 250 MG Tab | Commissary-Recommended | 06/20/2016 | |

**Order Details:** FOLLOW LABEL INSTRUCTIONS.

 

**Report Status: Final**

**SPOTTS, KELVIN**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **SPOTTS, KELVIN**<br><br>**DOB: 10/22/1965    AGE: 55**<br>Gender:    M<br>Phone:    719.784.9100<br>Patient ID: 05613-088<br>Health ID: 8573026212179001 | Specimen:    DV708685G<br>Requisition:  0001588<br><br>Collected:    01/13/2021 / 07:24 MST<br>Received:    01/14/2021 / 05:05 MST<br>Reported:    01/14/2021 / 13:28 MST | Client #: 70407153    DN99999<br>RESTO-RIVERA, WILLIAM<br>USP FLORENCE HIGH<br>Attn: 5880 STATE HWY 67 S<br>PO BOX 7500<br>FLORENCE, CO 81226-7500 |

### SARS CoV 2 (COVID-19) Tests

| Test Name | Result | Reference Range | Lab |
|---|---|---|---|
| SARS CoV 2 RNA(COVID 19),  QUALITATIVE NAAT | | | QDV |
| SARS CoV 2 RNA | NOT DETECTED | NOT DETECTED | |

A Not Detected (negative) test result for this test means that SARS- CoV-2 RNA was not present in the specimen above the limit of detection. A negative result does not rule out the possibility of COVID-19 and should not be used as the sole basis for treatment or patient management decisions. If COVID-19 is still suspected, based on exposure history together with other clinical findings, re-testing should be considered in consultation with public health authorities. Laboratory test results should always be considered in the context of clinical observations and epidemiological data in making a final diagnosis and patient management decisions.

Please review the "Fact Sheets" and FDA authorized labeling available for health care providers and patients using the following websites: https://www.questdiagnostics.com/home/Covid-19/HCP/NAAT/fact-sheet2 https://www.questdiagnostics.com/home/Covid-19/Patients/NAAT/fact-sheet2

This test has been authorized by the FDA under an Emergency Use Authorization (EUA) for use by authorized laboratories.

Due to the current public health emergency, Quest Diagnostics is receiving a high volume of samples from a wide variety of swabs and media for COVID-19 testing. In order to serve patients during this public health crisis, samples from appropriate clinical sources are being tested. Negative test results derived from specimens received in non-commercially manufactured viral collection and transport media, or in media and sample collection kits not yet authorized by FDA for COVID-19 testing should be cautiously evaluated and the patient potentially subjected to extra precautions such as additional clinical monitoring, including collection of an additional specimen.

Methodology: Nucleic Acid Amplification Test (NAAT) includes RT-PCR or TMA

Additional information about COVID-19 can be found at the Quest Diagnostics website: www.QuestDiagnostics.com/Covid19.

Physician Comments:

**PERFORMING SITE:**
QDV    QUEST DIAGNOSTICS DENVER, 695 SOUTH BROADWAY, DENVER, CO 80209-4003 Laboratory Director  WILLIAM J  BECKER,DO,MPH, CLIA  06D0514225

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SPOTTS, KELVIN ANDRE | | | Reg #: | 05613-088 |
| Date of Birth: | 10/22/1965 | Sex: | M | Race: | BLACK |
| Encounter Date: | 01/22/2021 11:59 | Provider: | Lab Result Receive | Facility: | FLP |

**Cosigned by Conroy, S. DO on 01/22/2021 14:35.**

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SPOTTS, KELVIN ANDRE | | | Reg #: | 05613-088 |
| Date of Birth: | 10/22/1965 | Sex: | M | Race: | BLACK |
| Encounter Date: | 01/22/2021 11:59 | Provider: | Lab Result Receive | Facility: | FLP |

**Reviewed by Klang, K PharmD on 01/25/2021 07:42.**

 

**Report Status: Final**

**SPOTTS, KELVIN**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **SPOTTS, KELVIN**<br><br>**DOB: 10/22/1965    AGE: 55**<br>Gender:    M<br>Phone:    719.784.9100<br>Patient ID: 05613-088<br>Health ID: 8573026212179001 | Specimen:    DV637648G<br>Requisition: 0002744<br><br><br>Collected:    12/31/2020<br>Received:    01/01/2021  / 00:22 MST<br>Reported:    01/01/2021  / 22:33 MST | Client #: 70407151    DN99999<br>RESTO-RIVERA, WILLIA<br>FCI FLORENCE<br>Attn: 5880 STATE HWY 67 S<br>PO BOX 6500<br>FLORENCE, CO 81226-6500 |

## SARS CoV 2 (COVID-19) Tests

| Test Name | Result | Reference Range | Lab |
|---|---|---|---|
| SARS CoV 2 RNA(COVID 19), QUALITATIVE NAAT | | | QDV |
| SARS CoV 2 RNA | NOT DETECTED | NOT DETECTED | |

A Not Detected (negative) test result for this test means that SARS- CoV-2 RNA was not present in the specimen above the limit of detection. A negative result does not rule out the possibility of COVID-19 and should not be used as the sole basis for treatment or patient management decisions. If COVID-19 is still suspected, based on exposure history together with other clinical findings, re-testing should be considered in consultation with public health authorities. Laboratory test results should always be considered in the context of clinical observations and epidemiological data in making a final diagnosis and patient management decisions.

Please review the "Fact Sheets" and FDA authorized labeling available for health care providers and patients using the following websites: https://www.questdiagnostics.com/home/Covid-19/HCP/NAAT/fact-sheet2 https://www.questdiagnostics.com/home/Covid-19/Patients/NAAT/fact-sheet2

This test has been authorized by the FDA under an Emergency Use Authorization (EUA) for use by authorized laboratories.

Due to the current public health emergency, Quest Diagnostics is receiving a high volume of samples from a wide variety of swabs and media for COVID-19 testing. In order to serve patients during this public health crisis, samples from appropriate clinical sources are being tested. Negative test results derived from specimens received in non-commercially manufactured viral collection and transport media, or in media and sample collection kits not yet authorized by FDA for COVID-19 testing should be cautiously evaluated and the patient potentially subjected to extra precautions such as additional clinical monitoring, including collection of an additional specimen.

Methodology: Nucleic Acid Amplification Test (NAAT) includes RT-PCR or TMA

Additional information about COVID-19 can be found at the Quest Diagnostics website: www.QuestDiagnostics.com/Covid19.

Physician Comments:

**PERFORMING SITE:**

QDV    QUEST DIAGNOSTICS DENVER, 695 SOUTH BROADWAY, DENVER, CO 80209-4003 Laboratory Director: WILLIAM J. BECKER,DO,MPH, CLIA. 06D0514225

CLIENT SERVICES: 866.697.8378                SPECIMEN: DV637648G                            PAGE 1 OF 1

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | |
|---|---|---|---|---|
| Inmate Name: | SPOTTS, KELVIN ANDRE | | Reg #: | 05613-088 |
| Date of Birth: | 10/22/1965 | Sex: M | Race: | BLACK |
| Encounter Date: | 01/04/2021 10:54 | Provider: Lab Result Receive | Facility: | FLP |

**Cosigned by Conroy, S. DO on 01/04/2021 11:23.**

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SPOTTS, KELVIN ANDRE | | | Reg #: | 05613-088 |
| Date of Birth: | 10/22/1965 | Sex: | M | Race: | BLACK |
| Encounter Date: | 01/04/2021 10:54 | Provider: | Lab Result Receive | Facility: | FLP |

**Reviewed by Klang, K PharmD on 01/05/2021 08:09.**

 **Federal Bureau of Prisons**

# FMC Rochester
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** SPOTTS, KELVIN | **Facility** USP Florence High | **Collected** 11/03/2020 11:59 |
| **Reg #** 05613-088 | **Order Unit** E07-209L | **Received** 11/04/2020 08:42 |
| **DOB** 10/22/1965 | **Provider** William  Resto, MD | **Reported** 11/04/2020 12:23 |
| **Sex** M | | **LIS ID** 273203503 |

## CHEMISTRY, URINE

| | | | |
|---|---|---|---|
| Microalbumin, Urine Random | 4 | <20 | mg/L |
| Creatinine, Urine Random | 111.7 | 60.0-200.0 | mg/dL |
| Microalbumin/Creatinine Ratio | 4 | 0-29 | ug/mg Cr |

Random mALB Creat ratio:
Category            Result
Normal             Less than 30
Microalbuminuria    30 - 299
Clinical albuminuria      Greater than 300
The ADA recommends that at least two of three specimens collected within a 3 - 6 month
period be abnormal before considering a patient to be within a diagnostic category.
ADA Diabetes Care, Vol. 34: S34, 2011 299ADA Diabetes Care V34 S34 2011e

---

**FLAG LEGEND**     L=Low   L!=Low Critical    H=High   H!=High Critical    A=Abnormal  A! =Abnormal Critical

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SPOTTS, KELVIN ANDRE | | | Reg #: | 05613-088 |
| Date of Birth: | 10/22/1965 | Sex: | M | Race: | BLACK |
| Encounter Date: | 11/04/2020 12:25 | Provider: | Lab Result Receive | Facility: | FLP |

Cosigned by Resto, William MD/CD on 11/04/2020 13:07.



**Federal Bureau of Prisons**

## FMC Rochester
2110 E. Center Street
Rochester, MN 55904
507-287-0674

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** SPOTTS, KELVIN | **Facility** USP Florence High | **Collected** 11/03/2020 11:59 |
| **Reg #** 05613-088 | **Order Unit** E07-209L | **Received** 11/04/2020 08:42 |
| **DOB** 10/22/1965 | **Provider** William Resto, MD | **Reported** 11/04/2020 11:24 |
| **Sex** M | | **LIS ID** 273203503 |

### CHEMISTRY

| Test | Flag | Value | Reference | Units |
|---|---|---|---|---|
| Sodium | | 143 | 136-145 | mmol/L |
| Potassium | | 5.0 | 3.5-5.1 | mmol/L |
| Chloride | H | 108 | 98-107 | mmol/L |
| CO2 | L | 21 | 22-29 | mmol/L |
| BUN | | 16 | 6-20 | mg/dL |
| Creatinine | H | 1.77 | 0.67-1.17 | mg/dL |
| eGFR (IDMS) | | 40 | | |

GFR units measured as mL/min/1.73m^2.
If African American multiply by 1.210.
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| Test | Flag | Value | Reference | Units |
|---|---|---|---|---|
| Calcium | | 9.4 | 8.6-10.0 | mg/dL |
| Glucose | | 96 | 74-109 | mg/dL |
| AST | | 34 | 10-40 | U/L |
| ALT | | 31 | 8-41 | U/L |
| Alkaline Phosphatase | | 66 | 49-126 | U/L |
| Bilirubin, Total | | 0.6 | 0.1-1.2 | mg/dL |
| Total Protein | L | 6.4 | 6.6-8.7 | g/dL |
| Albumin | | 4.1 | 3.5-5.2 | g/dL |
| Globulin | | 2.3 | 2.0-3.7 | g/dL |
| Alb/Glob Ratio | | 1.78 | 1.00-2.30 | |
| Anion Gap | | 13.9 | 9.0-19.0 | |
| BUN/Creat Ratio | | 8.8 | 5.0-30.0 | |
| Cholesterol | | 173 | <200 | mg/dL |
| Triglycerides | | 105 | <150 | mg/dL |
| HDL Cholesterol | | 42 | 40-60 | mg/dL |
| LDL Cholesterol (calc) | | 110 | <130 | mg/dL |
| Chol/HDL Ratio | H | 4.1 | 0.0-4.0 | |

### SPECIAL CHEMISTRY

| Test | Value | Reference | Units |
|---|---|---|---|
| PSA, Total | 1.20 | <3.50 | ng/mL |

The minimal reporting value is 0.1 ng/mL. Values >0.2 ng/mL are considered evidence of biochemical recurrence of cancer in men after prostatectomy.

| Test | Value | Reference | Units |
|---|---|---|---|
| TSH | 1.25 | 0.27-4.20 | uIU/mL |

**FLAG LEGEND**   L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A! =Abnormal Critical



**Federal Bureau of Prisons**

## FMC Rochester
2110 E. Center Street
Rochester, MN 55904
507-287-0674

**\*\*\* Sensitive But Unclassified \*\*\***

| | | |
|---|---|---|
| **Name** SPOTTS, KELVIN | **Facility** USP Florence High | **Collected** 11/03/2020 11:59 |
| **Reg #** 05613-088 | **Order Unit** E07-209L | **Received** 11/04/2020 08:42 |
| **DOB** 10/22/1965 | **Provider** William Resto, MD | **Reported** 11/04/2020 11:24 |
| **Sex** M | | **LIS ID** 273203503 |

### HEMOGLOBIN A1C

| Hemoglobin A1C | 4.9 | <5.7 | % |
|---|---|---|---|

5.7 - 6.4  Increased Risk
> 6.4  Diabetes

---

**FLAG LEGEND**     L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal  A! =Abnormal Critical

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | SPOTTS, KELVIN ANDRE | | | Reg #: | 05613-088 |
| Date of Birth: | 10/22/1965 | Sex: | M | Race: | BLACK |
| Encounter Date: | 11/04/2020 11:26 | Provider: | Lab Result Receive | Facility: | FLP |

**Cosigned with New Encounter Note by Resto, William MD/CD on 11/05/2020 12:11.**

SPotts 05613-088

# FACT SHEET FOR PATIENTS, PARENTS AND CAREGIVERS
## EMERGENCY USE AUTHORIZATION (EUA) OF CASIRIVIMAB AND IMDEVIMAB FOR CORONAVIRUS DISEASE 2019
## (COVID-19)

You are being given a medicine called **casirivimab** and **imdevimab** for the treatment of coronavirus disease 2019 (COVID-19). This Fact Sheet contains information to help you understand the potential risks and potential benefits of taking casirivimab and imdevimab, which you may receive.

Receiving casirivimab and imdevimab may benefit certain people with COVID-19.

Read this Fact Sheet for information about casirivimab and imdevimab. Talk to your healthcare provider if you have questions.  It is your choice to receive casirivimab and imdevimab or stop at any time.

### WHAT IS COVID-19?

COVID-19 is caused by a virus called a coronavirus. People can get COVID-19 through contact with another person who has the virus.

COVID-19 illnesses have ranged from very mild (including some with no reported symptoms) to severe, including illness resulting in death. While information so far suggests that most COVID-19 illness is mild, serious illness can occur and may cause some of your other medical conditions to become worse. People of all ages with severe, long-lasting (chronic) medical conditions like heart disease, lung disease, and diabetes, for example, seem to be at higher risk of being hospitalized for COVID-19.

### WHAT ARE THE SYMPTOMS OF COVID-19?

The symptoms of COVID-19 include fever, cough, and shortness of breath, which may appear 2 to 14 days after exposure. Serious illness including breathing problems can occur and may cause your other medical conditions to become worse.

### WHAT IS CASIRIVIMAB AND IMDEVIMAB?

Casirivimab and imdevimab are investigational medicines used to treat mild to moderate symptoms of COVID-19 in non-hospitalized adults and adolescents (12 years of age and older who weigh at least 88 pounds (40 kg)), and who are at high risk for developing severe COVID-19 symptoms or the need for hospitalization. Casirivimab and imdevimab are investigational because they are still being studied. There is limited information known about the safety and effectiveness of using casirivimab and imdevimab to treat people with COVID-19.

The FDA has authorized the emergency use of casirivimab and imdevimab for the treatment of COVID-19 under an Emergency Use Authorization (EUA). For more information on EUA, see the "What is an Emergency Use Authorization (EUA)?" section at the end of this Fact Sheet.

### WHAT SHOULD I TELL MY HEALTH CARE PROVIDER BEFORE I RECEIVE CASIRIVIMAB AND IMDEVIMAB?

Tell your healthcare provider about all of your medical conditions, including if you:

- Have any allergies

Initial: KAS

- Are pregnant or plan to become pregnant
- Are breastfeeding or plan to breastfeed
- Have any serious illnesses
- Are taking any medications (prescription, over-the-counter, vitamins, and herbal products)

## HOW WILL I RECEIVE CASIRIVIMAB AND IMDEVIMAB?

- Casirivimab and imdevimab are two investigational medicines given together as a single intravenous infusion (through a vein) for at least 1 hour.
- You will receive one dose of casirivimab and imdevimab by intravenous infusion.

## WHAT ARE THE IMPORTANT POSSIBLE SIDE EFFECTS OF CASIRIVIMAB AND IMDEVIMAB?

Possible side effects of casirivimab and imdevimab are:

- Allergic reactions. Allergic reactions can happen during and after infusion with casirivimab and imdevimab. Tell your healthcare provider or nurse, or get medical help right away if you get any of the following signs and symptoms of allergic reactions: fever, chills, low blood pressure, changes in your heartbeat, shortness of breath, wheezing, swelling of your lips, face, or throat, rash including hives, itching, headache, nausea, vomiting, sweating, muscle aches, dizziness and shivering.

The side effects of getting any medicine by vein may include brief pain, bleeding, bruising of the skin, soreness, swelling, and possible infection at the infusion site.

These are not all the possible side effects of casirivimab and imdevimab. Not a lot of people have been given casirivimab and imdevimab. Serious and unexpected side effects may happen.  Casirivimab and imdevimab are still being studied so it is possible that all of the risks are not known at this time.

It is possible that casirivimab and imdevimab could interfere with your body's own ability to fight off a future infection of SARS-CoV-2. Similarly, casirivimab and imdevimab may reduce your body's immune response to a vaccine for SARS-CoV-2. Specific studies have not been conducted to address these possible risks. Talk to your healthcare provider if you have any questions.

## WHAT OTHER TREATMENT CHOICES ARE THERE?

Like casirivimab and imdevimab, FDA may allow for the emergency use of other medicines to treat people with COVID-19. Go to https://www.covid19treatmentguidelines.nih.gov/ for information on other medicines used to treat people with COVID-19.

It is your choice to be treated or not to be treated with casirivimab and imdevimab.  Should you decide not to receive casirivimab and imdevimab or stop it at any time, it will not change your standard medical care.

## WHAT IF I AM PREGNANT OR BREASTFEEDING?

There is limited experience treating pregnant women or breastfeeding mothers with casirivimab and imdevimab. For a mother and unborn baby, the benefit of receiving casirivimab and imdevimab may be

Initial: KAS

greater than the risk from the treatment. If you are pregnant or breastfeeding, discuss your options and specific situation with your healthcare provider.

**HOW DO I REPORT SIDE EFFECTS WITH CASIRIVIMAB AND IMDEVIMAB?**

Tell your healthcare provider right away if you have any side effect that bothers you or does not go away.

Report side effects to **FDA MedWatch** at www.fda.gov/medwatch or call 1-800-FDA-1088 or call 1-844-734-6643.

**HOW CAN I LEARN MORE?**

- Ask your health care provider.
- Visit www.REGENCOV2.com
- Visit https://www.covid19treatmentguidelines.nih.gov/
- Contact your local or state public health department.

**WHAT IS AN EMERGENCY USE AUTHORIZATION (EUA)?**

The United States FDA has made casirivimab and imdevimab available under an emergency access mechanism called an EUA. The EUA is supported by a Secretary of Health and Human Service (HHS) declaration that circumstances exist to justify the emergency use of drugs and biological products during the COVID-19 pandemic.

Casirivimab and imdevimab have not undergone the same type of review as an FDA-approved or cleared product. The FDA may issue an EUA when certain criteria are met, which includes that there are no adequate, approved, available alternatives. In addition, the FDA decision is based on the totality of scientific evidence available showing that it is reasonable to believe that the product meets certain criteria for safety, performance, and labeling and may be effective in treatment of patients during the COVID-19 pandemic. All of these criteria must be met to allow for the product to be used in the treatment of patients during the COVID-19 pandemic.

The EUA for casirivimab and imdevimab is in effect for the duration of the COVID-19 declaration justifying emergency use of these products, unless terminated or revoked (after which the products may no longer be used).

**REGENERON**

Manufactured by:
Regeneron Pharmaceuticals, Inc.
777 Old Saw Mill River Road
Tarrytown, NY 10591-6707

©2020 Regeneron Pharmaceuticals, Inc. All rights reserved.
Authorized: 11/2020

Sign: *[signature]*

Initial: *[handwritten]*

BP-A1123          **INFORMED CONSENT FOR TREATMENT WITH PSYCHIATRIC/EAU MEDICATION**
APR 19
**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

I, Kelvin Andre Spotts _____, Reg. # 05613-088 _____

hereby authorize my provider, Dr Resto, MD _____ at institution: USP Florence _____

or his/her relief (designee), to prescribe me the mental health medication listed below and to continue taking said medication as is recommended for the treatment of my mental health.

1. I understand that this medication is useful because it has been found to be effective in treating one or more psychiatric conditions. I understand that this medication may improve my condition by relieving all or some of the symptoms associated with the mental health condition being treated.

2. My provider counseled me about the benefits and the risks of potential side effects associated with this medication. I was given an opportunity to ask questions and have my concerns addressed. I understand that more information on specific side effects will be provided to me in writing with the medication from the pharmacy. I will read this information and follow up with my pharmacist and/or provider should I have additional questions or concerns.

If any side effects occur, I will notify medical staff at sick call as soon as possible. If I experience a side effect that causes severe discomfort or is life threatening, I will notify the institutional staff immediately.

3. I understand that not taking this medication as prescribed may lead to a worsening of symptoms. I have been made aware that some symptoms of psychiatric conditions may get better or even go away without taking medication. I understand that I may stop taking this medication at any time by contacting my provider. I was made aware that abrupt discontinuation might cause withdrawal effects, affecting my health. Additionally, I am aware that I should contact my provider before starting any new medications due to potential interactions with prescription medications, OTC medications, herbal products, and/or dietary items.

4. I understand that other treatment options may include other medication with similar benefits that may cause some of the same side effects I may experience with this medication and that other non-drug treatments may involve counseling by a psychologist or other medical professional.

| |
|---|
| Medication Consenting to:<br>EUA- casirivimab and imdevimab for  medication treatment for Coronavirus Disease 2019 (COVID 19) |
| Other Issues Discussed:<br>Went over the Fact Sheet for  casirivimab and imdevimab and its side effects |

I have read and understand the foregoing, or it was explained in a language I understand, and I voluntarily consent to take the medication as prescribed.

| Inmate Signature: | _Kelvin Andre Spotts_ | Date: 3/3/21 | |
|---|---|---|---|

Based upon interview, assessment, and medical record review, it is my opinion that this patient ☒does    does not
have decision-making capacity to give informed consent.

                                      S. Bayer, PA-C
                                      Physician Assistant    Date: 3/5/21
Provider Signature: _____     FCC Florence, CO
                                      Provider Use for Special Circumstances Only:

Patient verbally consents to the recommended medication(s), but refuses to sign because:

_____

                                      Date: _____
Provider Signature: _____

Prescribed by P6010

BP-A0807        **INFLUENZA VACCINE CONSENT – INMATES** CDFRM
Sep 11

**U.S. DEPARTMENT OF JUSTICE**                      **FEDERAL BUREAU OF PRISONS**

*{*Note: CDC Vaccine Information Statements in multiple languages available at: www.cdc.gov/vaccines/pubs/vis/}*

I have been provided a copy of the Vaccine Information Statement* for Influenza Vaccine dated 8/15/19 __.    I have had the opportunity to ask questions about the benefits and risks of vaccination.

☐ **I consent to receive the influenza vaccine at this time.**

**Health Questions Prior to Influenza Vaccination** *(Check Yes or No)*

| Yes | No | Health Questions |
|---|---|---|
| | ✓ | Are you sick today? *(if moderately to severely ill should postpone vaccination)* |
| | | Do you have allergy to eggs? |
| | | Have you ever had serious reaction to influenza vaccine? If so, describe: |
| | | Have you had Guillain-Barré syndrome (progressive paralysis) |

| Inmate Signature | Witness Signature | Date |
|---|---|---|
| | | |

☐ **I decline to receive the influenza vaccine at this time.**

| Inmate Signature | Witness Signature | Date |
|---|---|---|
| | | |

| (PRINT)  Inmate Name (Last, First) | Register Number | Facility |
|---|---|---|
| SPOTTS, KELVIN | 05613-088 | E07-209L |

*SOUTHERN COLORADO*
*NEPHROLOGY ASSOCIATES, P.C.*
*3426 Lake Ave.*
*Pueblo, Colorado 81004*

*719-561-5264*          *FAX 719-561-5272*

| | |
|---|---|
| *Scott Harberts, M.D.* | *Irina Vancea, M.D.* |
| *Stephen T. Brown, M.D.* | *Deepa Nagaraja, M.D.* |
| *Stan Sicher, M.D.* | *Pamela Isley, ANP* |
| *Mark Albright, M.D.* | *Christine Baugh, ANP* |

March 3, 2020

USP Florence – High
U.S. Penitentiary
P.O. Box 750
Florence, CO 81226

RE: **Kelvin Spotts**
DOB: 10/22/1965
Register #: 05613-088

To Whom It May Concern:

Today I had the pleasure of seeing Mr. Spotts, a 54-year-old, African-American male referred for chronic kidney disease.

**HISTORY OF PRESENT ILLNESS:** The patient states that he has no prior history of kidney problems. He was recently told that he had trouble with his kidneys. He does have a history of hypertension for the past three years. He also has a history of gout and is on Allopurinol. His last flare was in November 2019. He denies any history of urinary tract infections or stones. No history of diabetes. He did have a gastric bypass in 1992 and prior to that he weighed 250 pounds. He did present with some labs. Labs from 11/05/19 showed a SIEP which was normal and ANA which was normal as well as an iPTH of 58. On 11/21/19 he had an elevated C3 of 174 and C4 was normal. On 02/20/20 his serum creatinine was 1.79, EGFR adjusted for African-American was 48.4, hemoglobin 13.5, and UPC 55. He denies any prior imaging of his kidneys.

**PAST MEDICAL HISTORY:** 1.) Hypertension for the past three years. 2.) Dyslipidemia. He does not seem to be on any medication for this. 3.) Gout for which he is on Allopurinol. 4.) Gastroesophageal reflux disease.

**PAST SURGICAL HISTORY:** Gastric bypass in 1992. He also had a cholecystectomy at same time.

**ALLERGIES: No known drug allergies.**

March 3, 2020
RE: **Kelvin Spotts**
Page 2

**MEDICATIONS:** Allopurinol 100 mg daily, Amlodipine 5 mg daily, and Lisinopril 10 mg daily. He did stop Naproxen in December 2019.

**SOCIAL HISTORY:** He has been incarcerated for the past 20 years. He has a history of cocaine and marijuana use. His last use was in the 1980s.

**FAMILY HISTORY:** His mother is alive but he does not know her age but she did have a stroke. His father is deceased but he does not know at what age or the cause of his death. The patient has three sisters and one brother but again he does not know their medical background. He has three daughters and does not know their medical background.

**REVIEW OF SYSTEMS:** A 14-point review of systems was essentially unremarkable except for some low back pain.

**PHYSICAL EXAMINATION:**
GENERAL: He is alert and oriented. He responds appropriately to questions and directions.
VITALS: Blood pressure: 128/80. Pulse: 80. Height: 65 inches. Weight: 199.3 pounds.
NECK: Supple without bruit.
LUNGS: Clear to auscultation bilaterally.
CARDIAC: Heart rate regular without murmur.
EXTREMITIES: No edema of bilateral lower extremities.

**LABORATORY STUDIES:** Urinalysis was done today and showed no RBCs or casts. He had a small amount of protein

**IMPRESSION:**
1. He has an elevated serum creatinine. In order to diagnose him with chronic kidney disease I would need to show that his creatinine has remained elevated over time.
2. Hypertension which is well controlled with his current medication regimen.
3. Gout which seems to be relatively well controlled on Allopurinol.
4. History of elevated C3.

**PLAN:**
1. Labs before his next appointment to include a renal function panel, CBC, iPTH, UPC, C3, fasting lipids, hemoglobin A1c, uric acid, kappa/lambda ratio, HIV, and hepatitis B and C.
2. We will order a renal ultrasound with postvoid residual.
3. Concur with discontinuing the Naproxen.
4. We will make further recommendations as his test results return.
5. He will follow up with us in four months or sooner if needed.

Thank you for allowing me to participate in his care.

March 3, 2020
RE:  **Kelvin Spotts**
Page 3

Sincerely,

Christine Baugh, NP
CB/lc